IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION;<br><br>DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity;<br><br>DRUG ENFORCEMENT ADMINISTRATION;<br><br>UTTAM DHILLON, Acting Administrator, Drug Enforcement Administration, in his official capacity;<br><br>"STEVE" LAST NAME UNKNOWN, Agent, Drug Enforcement Administration, in his individual capacity; and<br><br>UNITED STATES OF AMERICA,<br><br>*Defendants.* | Civil Action No. 2:20-cv-00064-LPL |

### AFFIDAVIT FOR ADMISSION *PRO HAC VICE* OF DAN ALBAN

I, Dan Alban, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs Rebecca Brown, August Terrence Rolin, and all others similarly situated, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

1

I, Dan Alban, being duly sworn, do hereby depose and state as follows:

1. I am a Senior Attorney at the Institute for Justice.

2. My business address is 901 N. Glebe Road, Suite 900, Arlington, VA 22203; my business telephone number is (703) 682-9320; my business fax number is (703) 682-9321; and my email address is dalban@ij.org.

3. I am a licensed attorney and a member in good standing of the bars of the Commonwealth of Virginia, having been admitted to practice law on October 12, 2006, and the District of Columbia, having been admitted to practice law on December 10, 2007. I am also admitted to practice before, and am in good standing in, the U.S. Supreme Court, the U.S. Courts of Appeals for the Fifth, Sixth, Seventh, Eighth, and D.C. Circuits, and the U.S. District Courts for the District of Columbia, the Southern District of Texas, and the Eastern District of Michigan.

4. My Virginia bar registration number is 72688 and my District of Columbia bar registration number is 978051.

5. A current certificate of good standing from the Commonwealth of Virginia is attached to this Affidavit as Exhibit A.

6. I have not been subject to disciplinary proceedings concerning my practice of law.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: January 16, 2020.

Respectfully submitted,

/s/ Dan Alban
Dan Alban
VA Bar No. 72688
INSTITUTE FOR JUSTICE
901 North Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)
dalban@ij.org

*Counsel for Plaintiffs*

**AFFIDAVIT FOR ADMISSION
*PRO HAC VICE* OF DAN ALBAN**

# EXHIBIT A

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT DANIEL LAMAR ALBAN IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. ALBAN WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 12, 2006, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued January 7, 2020

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER