**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, *et al.*<br><br>*Defendants.* | Civil Action No. 2:20-cv-00064-LPL |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*
OF JABA TSITSUASHVILI**

Having read and considered the motion of Jaba Tsitsuashvili, counsel for Plaintiffs Rebecca Brown, August Terrence Rolin, and all others similarly situated, requesting leave to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs, and being fully advised, it is hereby ORDERED that the motion is GRANTED.

Dated this _____ day of _____, 2020.

_____
Magistrate Judge Lisa Pupo Lenihan