IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br> *Plaintiffs*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION;<br><br>DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity;<br><br>DRUG ENFORCEMENT ADMINISTRATION;<br><br>UTTAM DHILLON, Acting Administrator, Drug Enforcement Administration, in his official capacity;<br><br>"STEVE" LAST NAME UNKNOWN, Agent, Drug Enforcement Administration, in his individual capacity; and<br><br>UNITED STATES OF AMERICA,<br><br> *Defendants*. | Civil Action No. 2:20-cv-00064-LPL |

**MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD HOOVER**

 Richard Hoover, undersigned counsel for Plaintiffs Rebecca Brown, August Terrence Rolin, and all others similarly situated, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

1

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Richard Hoover filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  January 16, 2020.                Respectfully submitted,

<div style="margin-left: 3em">

/s/ Richard Hoover
Richard Hoover
NY Bar No. 5717269
INSTITUTE FOR JUSTICE
901 North Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)
rhoover@ij.org

*Counsel for Plaintiffs*

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I further certify that I caused a true and correct copy of the foregoing and accompanying documents to be sent by U.S. First Class Mail to the following addresses:

Transportation Security Administration
Office of Chief Counsel, TSA-2
601 S. 12th St.
Arlington, VA 20598-6002

Drug Enforcement Administration
Office of Chief Counsel
8701 Morrissette Drive
Springfield, VA 22152

Drug Enforcement Administration
Pittsburgh District Office
1781 McKees Rocks Rd.
McKees Rocks, PA 15136

Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Scott W. Brady, U.S. Attorney for the
Western District of Pennsylvania
Civil Process Clerk
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

/s/ Richard Hoover