IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION;<br><br>DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity;<br><br>DRUG ENFORCEMENT ADMINISTRATION;<br><br>UTTAM DHILLON, Acting Administrator, Drug Enforcement Administration, in his official capacity;<br><br>"STEVE" LAST NAME UNKNOWN, Agent, Drug Enforcement Administration, in his individual capacity; and<br><br>UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No. 2:20-cv-00064-LPL |

### AFFIDAVIT FOR ADMISSION *PRO HAC VICE* OF RICHARD HOOVER

I, Richard Hoover, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs Rebecca Brown, August Terrence Rolin, and all others similarly situated, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

1

I, Richard Hoover, being duly sworn, do hereby depose and state as follows:

1. I am an Attorney/Constitutional Law Fellow at the Institute for Justice.
2. My business address is 901 N. Glebe Road, Suite 900, Arlington, VA 22203; my business telephone number is (703) 682-9320; my business fax number is (703) 682-9321; and my email address is rhoover@ij.org.
3. I am a licensed attorney and a member in good standing of the bar of New York having been admitted on June 12, 2019.
4. My New York bar registration number is 5717269.
5. A current certificate of good standing from the state of New York is attached to this Affidavit as Exhibit A.
6. I have not been subject to disciplinary proceedings concerning my practice of law.
7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.
8. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.
9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: January 16, 2020.

Respectfully submitted,

/s/ Richard Hoover
Richard Hoover
NY Bar No. 5717269

INSTITUTE FOR JUSTICE
901 North Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)
rhoover@ij.org

*Counsel for Plaintiffs*

**AFFIDAVIT FOR ADMISSION**
***PRO HAC VICE* OF RICHARD HOOVER**

# EXHIBIT A



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Richard Maxim Hoover** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 12th day of June 2019, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on January 07, 2020.



*Aprilanne Agostino*

Clerk of the Court