AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:20-cv-64 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Drug Enforcement Administration
Pittsburgh District Office
1781 McKees Rocks Rd.
McKees Rocks, PA 15136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dan Alban
Jaba Tsitsuashvili
Richard Hoover
Institute for Justice
901 North Glebe Rd., Suite 900
Arlington, VA 22203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

01/17/2020

*Joseph V. Ventresca*

Date                                                                                                                Signature of Clerk or Deputy Clerk