AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   David Pekoske, Administrator, c/o Scott Brady

was received by me on *(date)*   01/17/2020

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On January 22, 2020, I sent a copy of the Summons, Complaint, and Order (ECF No. 5) by U.S. Certified Mail, Return Receipt Requested, to David Pekoske, Administrator, TSA, by way of Scott Brady, U.S. Attorney for the Western District of Pennsylvania. The Summons and accompanying documents were delivered on January 24, 2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   01/27/2020

*Server's signature*

Kendall Morton, Paralegal & Special Projects Manager
*Printed name and title*

Institute for Justice
816 Congress Ave., Suite 960
Austin, TX 78701
*Server's address*

Additional information regarding attempted service, etc:


**UNITED STATES**
**POSTAL SERVICE**

January 24, 2020

Dear Kendall Morton:

The following is in response to your request for proof of delivery on your item with the tracking number: **7017 1450 0000 5768 4397**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 24, 2020, 1:20 pm |
| **Location:** | PITTSBURGH, PA 15219 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 15.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 700 GRANT ST RM 4000 |
| **City, State ZIP Code:** | PITTSBURGH, PA 15219-1956 |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | *[signature] J Beatty* |
| **Address of Recipient:** | 700 GRANT ST PITTSBURGH, PA 15219 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

