AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   David Pekoske, Administrator, c/o William Barr

was received by me on *(date)*        01/17/2020                  .

❏ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  On January 22, 2020, I sent a copy of the Summons, Complaint, and Order (ECF No. 5) by
U.S. Certified Mail, Return Receipt Requested, to David Pekoske, Administrator, TSA, by
way of William Barr, Attorney General. The Summons and accompanying documents were
delivered on January 27, 2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00      .

I declare under penalty of perjury that this information is true.

Date:      01/27/2020

_____
*Server's signature*

Kendall Morton, Paralegal & Special Projects Manager
*Printed name and title*

Institute for Justice
816 Congress Ave., Suite 960
Austin, TX 78701
*Server's address*

Additional information regarding attempted service, etc:


**UNITED STATES**
**POSTAL SERVICE**

January 27, 2020

Dear Kendall Morton:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7017 1450 0000 5768 4403**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | January 27, 2020, 4:49 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 15.0oz |

| Recipient Signature | |
|---|---|
| **Signature of Recipient:** | |
| **Address of Recipient:** | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20530

OFFICIAL USE

Certified Mail Fee $3.50

$ $0.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☑ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☑ Adult Signature Required      $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $8.20

$

Total Postage and Fees $13.30

$

David Pekoske, c/o William Barr
Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530

Postmark Here

JAN 22 2020

01/22/2020

78701

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7017 1450 0000 5768 4403