AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Uttam Dhillon, Acting Administrator, DEA

was received by me on *(date)* 01/21/2020 .

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify)*: On January 22, 2020, I sent a copy of the Summons, Complaint, and Order (ECF No. 5) by U.S. Certified Mail, Return Receipt Requested, to Uttam Dhillon, Acting Administrator, Drug Enforcement Administration. The Summons and accompanying documents were delivered on January 24, 2020.

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/27/2020

*Server's signature*

Kendall Morton, Paralegal & Special Projects Manager
*Printed name and title*

Institute for Justice
816 Congress Ave., Suite 960
Austin, TX 78701
*Server's address*

Additional information regarding attempted service, etc:


**UNITED STATES POSTAL SERVICE**

January 24, 2020

Dear Kendall Morton:

The following is in response to your request for proof of delivery on your item with the tracking number: **7017 1450 0000 5768 4441**.

| Item Details | |
|---|---|
| **Status:** | Delivered, To Agent |
| **Status Date / Time:** | January 24, 2020, 10:18 am |
| **Location:** | SPRINGFIELD, VA 22152 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 15.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 8701 MORRISSETTE DR |
| **City, State ZIP Code:** | SPRINGFIELD, VA 22152-1080 |

### Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

