IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; UTTAM DHILLON, Acting Administrator, Drug Enforcement Administration, in his official Capacity; "STEVE" LAST NAME UNKNOWN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 2:20-cv-00064-LPL |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth Tulis of the United States Department of Justice hereby enters her appearance in the above-captioned matter as counsel for Defendants Transportation Security Administration; David P. Pekoske, Administrator, Transportation Security Administration, in his official capacity; Drug Enforcement Administration; Uttam Dhillon, Acting Administrator, Drug Enforcement Administration, in his official capacity; and the United States of America (collectively, "the Government Defendants").

| | |
|---|---|
| Dated: March 6, 2020 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | SCOTT W. BRADY<br>United States Attorney |
| | BRIGHAM J. BOWEN<br>Assistant Director |
| | /s/ Elizabeth Tulis<br>ELIZABETH TULIS<br>Trial Attorney<br>Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 514-9237<br>Fax: (202) 616-8470<br>E-mail: elizabeth.tulis@usdoj.gov |
| | *Attorneys for the Government Defendants* |