# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; UTTAM DHILLON, Acting Administrator, Drug Enforcement Administration, in his official Capacity; "STEVE" LAST NAME UNKNOWN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 2:20-cv-00064-LPL |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED by and between plaintiffs Rebecca Brown and August Terrence Rolin and defendants Transportation Security Agency ("TSA"), TSA Administrator David P. Pekoske, the Drug Enforcement Administration ("DEA"), DEA Acting Administrator Uttam Dhillon, and the United States of America (together, the "Government Defendants") that the Government Defendants' time to file either an answer to the complaint or a motion pursuant to Fed. R. Civ. P. 12 is extended by 45 days, from March 24, 2020, until May 8, 2020.

| | |
|---|---|
| Dated: March 13, 2020 | Respectfully submitted, |

JOSEPH H. HUNT
Assistant Attorney General

SCOTT W. BRADY
United States Attorney

BRIGHAM J. BOWEN
Assistant Director

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for the Government Defendants*


/s/ Dan Alban
Dan Alban* (VA Bar No. 72688)

Jaba Tsitsuashvili* (DC Bar No. 1601246)

Richard Hoover* (NY Bar No. 5717269)

INSTITUTE FOR JUSTICE
901 North Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)
dalban@ij.org
jtsitsuashvili@ij.org
rhoover@ij.org

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*