IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   ORDER GRANTING IN PART *EX PARTE* EMERGENCY MOTION OF ALLEGHENY COUNTY TO HOLD IN ABEYANCE CERTAIN CIVIL ACTION OBLIGATIONS | Misc. No. 2:20-mc-394-MRH (This Order to also be cross-filed on the docket of each affected civil action as listed on Exhibit "A" hereto) |

AND NOW, this 17th day of March, 2020, after consideration of Allegheny County's *ex parte* EMERGENCY MOTION TO STAY CASES, ECF No. 2 at this docket number, and for good cause shown upon the face of such Motion and in this Court's Administrative Order of March 13, 2020 at this docket number, ECF No. 1, said MOTION is GRANTED IN PART AS FOLLOWS.

As to those civil actions set forth in Exhibit "A" hereto, all filing/scheduling/ADR/discovery/discovery response deadlines, and all other case management/administration obligations and deadlines of the parties, in such listed actions are held in abeyance from the date of this Order until and including April 16, 2020, unless that period of abeyance is modified by subsequent Order of the undersigned or of the judicial officer assigned to any such civil action. Any party to a listed civil action may apply to this Court or to the assigned judicial officer for an extension of the period of abeyance, if the circumstances warrant. The judicial officer assigned to any such listed civil action may elect to formally stay the action and administratively close the action, in their sound discretion.

This Order is entered without prejudice to the rights or position of any party to any such civil action, and any party who believes that their substantial rights have been impaired by the grant of this period of abeyance may file a motion for appropriate relief with the judicial officer to

whom the specific civil action is assigned, who will be in the best position to make such determinations.

As to those civil actions in this Court as to which Allegheny County or one of its individual employees or officers is a defendant but which action is **not** listed on Exhibit "A", application for appropriate relief should be made in the first instance to the assigned judicial officer.

The Clerk shall file this Order on the docket at 20-mc-394-MRH, and upon the docket of each civil action listed on Exhibit "A".

Counsel for Allegheny County shall forthwith serve a copy of this Order upon all other parties (via counsel in the case of represented parties) to any action listed in Exhibit "A" by mail and electronic means (if such electronic service is possible), and shall promptly file a certificate of such service upon this docket, and upon the docket of the involved civil actions.

_____
Mark R. Hornak
Chief United States District Judge