**"Exhibit A"**

|    | Case Caption | Docket Number | Assigned Judge |
|----|--------------|---------------|----------------|
| 1. | Kimberly Andrews v. Allegheny County, et al. | 2:19-cv-00670 | Marilyn J. Horan |
| 2. | APCO v. County of Allegheny | 2:19-cv-01353 | William S. Stickman |
| 3. | Maureen Beaumont v. Allegheny County Emergency Services | 2:20-cv-00234 | Patricia L. Dodge |
| 4. | Rebecca Brown et al., v. TSA, et al. | 2:20-cv-00064 | Lisa Pupo Lenihan |
| 5. | Allan Camp v. Allegheny County, et al. | 2:19-cv-00635 | Patricia L. Dodge |
| 6. | Richard Desabetino v. Sean Biagini, et al. | 2:16-cv-00341 | Cynthia Reed Eddy |
| 7. | Carl English v. Allegheny County, et al. | 2:18-cv-00651 | Maureen P. Kelly |
| 8. | Adam Anderson, on behalf of Joel Valazquez-Reyes, deceased, v. Allegheny County, et al. | 2:19-cv-00612 | Maureen P. Kelly |
| 9. | Andrea Crawford, Adminstratrix of the Estate of Monty Crawford v. Corizon Health, Inc., et al. | 1:17-cv-00113 | Barbara Rothstein |
| 10. | Valerie Findley v. CYF, et al. | 2:20-cv-00088 | Marilyn J. Horan |
| 11. | Isaac Guest and Nicole Guest v. Allegheny County, et al. | 2:20-cv-00 130 | Patricia L. Dodge |
| 12. | Richard Allen Hammonds II v. Allegheny County Bureau of Corrections, et al. | 2:18-cv-0 I 389 | Cynthia Reed Eddy |
| 13. | Daelon Hill-Johnson v. Deangeus, et al. | 2:19-cv-01277 | Lisa Pupo Lenihan |
| 14. | Randall E. Hockett v. Wilkinsburg Police Department, et al. | 2:18-cv-0121 3 | Cynthia Reed Eddy |
| 15. | Kyle Holbrook v. City of Pittsburgh, et al. | 2:18-cv-00539 | Assigned to Marilyn J. Horan / Referred to Patricia Dodge |

| 16. | William Holmes v. Allegheny County Health Network, et al. | 2:19-cv-00661 | Lisa Pupo Lenihan |
|---|---|---|---|
| 17. | Julius Hurt v. Allegheny County Medical Staff, et al. | 2:19-cv-00653 | Lisa Pupo Lenihan |
| 18. | Ashley McBride "Jane Doe" v. Allegheny County, et al. | 2:19-cv-00954 | Maureen P. Kelly |
| 19. | Eric Miskovitch v. Orlando Harper | 2:19-cv-00833 | Lisa Pupo Lenihan |
| 20. | Bianca Morris v. Orlando Harper, et al. | 2:19-cv-01639 | J. Nicholas Ranjan |
| 21. | Tara Pellecchia v. Allegheny County | 2:17-cv-00242 | Nora Barry Fischer |
| 22. | Anthony Ptomey v. Allegheny County Bureau of Corrections, et al. | 2:19-cv-00029 | Lisa Pupo Lenihan |
| 23. | Leo Russo v. County of Allegheny | 2:18-cv-00097 | Mark R. Hornak |
| 24. | Jason Shallenberger v. Allegheny County, et al. | 2:20-cv-00073 | J. Nicholas Ranjan |
| 25. | Vance Strader v. US Bank, et al. | 2:19-cv-00 I 18 | J. Nicholas Ranjan |
| 26. | Antron Talley v. Orlando Harper, et al. | 2:14-cv-0141 I | Cynthia Reed Eddy |
| 27. | Natalie Vallecorsa v. Allegheny County, et al. | 2:19-cv-01495 | J. Nicholas Ranjan |
| 28. | Jules Williams v. Allegheny County, et al. | 2:17-cv-01556 | Marilyn J. Horan |