IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: The County of Allegheny | CIVIL DIVISION |
| | 2:20-mc-00394-MRH |
| | Chief Judge Mark R. Hornak |

## Certificate of Service

In compliance with this Court's Order entered at this docket on March 17, 2020, on or before March 19, 2019, the Allegheny County Law Department has effectuated service on all cases attached to this Certificate as Exhibit "A". Service has been completed upon all parties (via counsel in case of represented parties) by both U.S. First Class Mail and electronic means (using the email address provided on the ECF docket, where available).

Also in compliance with this Court's Order, this Certificate of Service is being filed upon the docket of the involved civil actions forthwith.

Respectfully submitted,

| | |
|---|---|
| /s/ Andrew F. Szefi | /s/ Virginia Spencer Scott |
| PA ID# 83747 | PA ID# 61647 |
| ALLEGHENY COUNTY LAW DEPARTMENT<br>445 Fort Pitt Blvd.<br>Suite 300<br>Pittsburgh, PA  15219<br>(412) 350-1173<br>Andrew.Szefi@AlleghenyCounty.US | ALLEGHENY COUNTY LAW DEPARTMENT<br>445 Fort Pitt Blvd.<br>Suite 300<br>Pittsburgh, PA  15219<br>(412) 350-1173<br>Virginia.Scott@AlleghenyCounty.US |
| Solicitor for Allegheny County | Assistant County Solicitor<br>for Allegheny County |

## "Exhibit A"

| | Case Caption | Docket Number | Assigned Judge |
|---|---|---|---|
| 1. | Kimberly Andrews v. Allegheny County, et al. | 2:19-cv-00670 | Marilyn J. Horan |
| 2. | APCO v. County of Allegheny | 2:19-cv-01353 | William S. Stickman |
| 3. | Maureen Beaumont v. Allegheny County Emergency Services | 2:20-cv-00234 | Patricia L. Dodge |
| 4. | Rebecca Brown et al., v. TSA, et al. | 2:20-cv-00064 | Lisa Pupo Lenihan |
| 5. | Allan Camp v. Allegheny County, et al. | 2:19-cv-00635 | Patricia L. Dodge |
| 6. | Richard Desabetino v. Sean Biagini, et al. | 2:16-cv-00341 | Cynthia Reed Eddy |
| 7. | Carl English v. Allegheny County, et al. | 2:18-cv-00651 | Maureen P. Kelly |
| 8. | Adam Anderson, on behalf of Joel Valazquez-Reyes, deceased, v. Allegheny County, et al. | 2:19-cv-00612 | Maureen P. Kelly |
| 9. | Andrea Crawford, Adminstratrix of the Estate of Monty Crawford v. Corizon Health, Inc., et al. | 1:17-cv-00113 | Barbara Rothstein |
| 10. | Valerie Findley v. CYF, et al. | 2:20-cv-00088 | Marilyn J. Horan |
| 11. | Isaac Guest and Nicole Guest v. Allegheny County, et al. | 2:20-cv-00130 | Patricia L. Dodge |
| 12. | Richard Allen Hammonds II v. Allegheny County Bureau of Corrections, et al. | 2:18-cv-01389 | Cynthia Reed Eddy |
| 13. | Daelon Hill-Johnson v. Deangeus, et al. | 2:19-cv-01277 | Lisa Pupo Lenihan |
| 14. | Randall E. Hockett v. Wilkinsburg Police Department, et al. | 2:18-cv-01213 | Cynthia Reed Eddy |
| 15. | Kyle Holbrook v. City of Pittsburgh, et al. | 2:18-cv-00539 | Assigned to Marilyn J. Horan / Referred to Patricia Dodge |

| | | | |
|---|---|---|---|
| 16. | William Holmes v. Allegheny County Health Network, et al. | 2:19-cv-00661 | Lisa Pupo Lenihan |
| 17. | Julius Hurt v. Allegheny County Medical Staff, et al. | 2:19-cv-00653 | Lisa Pupo Lenihan |
| 18. | ▮▮▮▮ "Jane Doe" v. Allegheny County, et al. | 2:19-cv-00954 | Maureen P. Kelly |
| 19. | Eric Miskovitch v. Orlando Harper | 2:19-cv-00833 | Lisa Pupo Lenihan |
| 20. | Bianca Morris v. Orlando Harper, et al. | 2:19-cv-01639 | J. Nicholas Ranjan |
| 21. | Tara Pellecchia v. Allegheny County | 2:17-cv-00242 | Nora Barry Fischer |
| 22. | Anthony Ptomey v. Allegheny County Bureau of Corrections, et al. | 2:19-cv-00029 | Lisa Pupo Lenihan |
| 23. | Leo Russo v. County of Allegheny | 2:18-cv-00097 | Mark R. Hornak |
| 24. | Jason Shallenberger v. Allegheny County, et al. | 2:20-cv-00073 | J. Nicholas Ranjan |
| 25. | Vance Strader v. US Bank, et al. | 2:19-cv-00118 | J. Nicholas Ranjan |
| 26. | Antron Talley v. Orlando Harper, et al. | 2:14-cv-01411 | Cynthia Reed Eddy |
| 27. | Natalie Vallecorsa v. Allegheny County, et al. | 2:19-cv-01495 | J. Nicholas Ranjan |
| 28. | Jules Williams v. Allegheny County, et al. | 2:17-cv-01556 | Marilyn J. Horan |