IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:20-CV-00064-LPL |

## DECLARATION OF SERVICE

I, Kendall Morton, being of majority age and competent mind, declare as follows:

1. I am a United States citizen and a paralegal at the Institute for Justice, Plaintiffs' counsel in the above-captioned case. I am trained to serve process according to Rule 4 of the Federal Rules of Civil Procedure. I have personal knowledge of the facts stated herein and I am competent to testify thereto.

2. On March 26, 2020, U.S. Department of Justice trial attorney David Inkeles informed me and Plaintiffs' counsel by email that he is counsel for Steve Dawkin, named as Defendant Steve "Last Name Unknown," in the above-captioned case. Mr. Inkeles informed me and Plaintiffs' counsel that he is authorized to accept service of Plaintiffs' Complaint on behalf of Defendant Steve Dawkin, and Mr. Inkeles consented to service of the Complaint and the Court's summons by email.

3. On March 26, 2020, I served Mr. Inkeles by email Plaintiffs' Complaint and the Court's summons for Defendant Steve Dawkin, aka Steve "Last Name Unknown".

4.  On March 26, 2020, Mr. Inkeles confirmed by email his receipt of personal service on behalf of Defendant Steve Dawkin.

5.  True and correct copies of the March 26, 2020 email correspondences are attached hereto as Exhibit A.

6.  On April 6, 2020, I served Mr. Inkeles by email the Court's January 16, 2020 Order, *see* Dkt. 5.

7.  A true and correct copy of the April 6, 2020 email correspondence is attached hereto as Exhibit B.

8.  I, the declarant, am not currently suffering from any infirmities and am competent to testify to the facts set forth herein.

Executed on April 6, 2020.

I declare, under penalty of perjury that the foregoing is true and correct.

*[signature]*
KENDALL MORTON
Paralegal & Special Projects Manager
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 960
Austin, TX 78701