# Exhibit A

# Kendall Morton

| | |
|---|---|
| **From:** | Inkeles, David W. (CIV) <David.W.Inkeles@usdoj.gov> |
| **Sent:** | Thursday, March 26, 2020 4:34 PM |
| **To:** | Kendall Morton; Dan Alban |
| **Cc:** | Richard Hoover; Jaba Tsitsuashvili |
| **Subject:** | RE: Service of Process for Steve in Brown Case |

Kendall & Dan,

Thank you so much.  I am writing to confirm that personal service on Steve Dawkin is now complete and that, in accordance with FRCP 12(a)(3), we will respond to the complaint within 60 days from today's date (with the caveat that since 60 days from today is Memorial Day, May 25, we will file a response no later than **Tuesday, May 26**).

Thanks,
David

---

**From:** Kendall Morton <kmorton@ij.org>
**Sent:** Thursday, March 26, 2020 5:04 PM
**To:** Inkeles, David W. (CIV) <dinkeles@CIV.USDOJ.GOV>; Dan Alban <dalban@ij.org>
**Subject:** Re: Service of Process for Steve in Brown Case

Mr. Inkeles,

Please find attached the summons and complaint in *Brown v. TSA, et al.*

Thank you,

**Kendall Morton**
*Paralegal & Special Projects Manager*
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 960
Austin, TX 78701 | 512.480.5936

---

**From:** Inkeles, David W. (CIV) <David.W.Inkeles@usdoj.gov>
**Sent:** Thursday, March 26, 2020 3:38 PM **To:** Dan Alban <dalban@ij.org>
**Cc:** Kendall Morton <kmorton@ij.org>
**Subject:** Service of Process for Steve in Brown Case

Dan,

It was nice speaking with you.  Per our discussion, I am representing Steve Dawkin in Brown v. TSA, et al., No. 20-cv-64 (W.D. Pa.), and Steve has authorized me to accept personal service of process on his behalf.  I will

consider such service satisfied upon your office sending me, by email, an electronic copy of the summons and complaint.

Many thanks,
David

**David Inkeles**
Trial Attorney
Constitutional & Specialized Tort Litigation
U.S. Department of Justice, Civil Division
**(202) 305-0401** | *David.W.Inkeles@usdoj.gov*