# Exhibit B

# Kendall Morton

| | |
|---|---|
| **From:** | Kendall Morton |
| **Sent:** | Monday, April 6, 2020 11:47 AM |
| **To:** | Inkeles, David W. (CIV); Dan Alban |
| **Cc:** | Richard Hoover; Jaba Tsitsuashvili |
| **Subject:** | RE: Service of Process for Steve in Brown Case |
| **Attachments:** | (Dkt. 05) Order.pdf |

Mr. Inkeles,

Please find attached the Court's January 16, 2020 Order (Dkt. 5).

Thank you,

**Kendall Morton**
*Paralegal & Special Projects Manager*
INSTITUTE FOR JUSTICE
816 Congress Avenue, Suite 960
Austin, TX 78701 | 512.480.5936

1