# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 2:20-cv-00064-LPL |
| TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; UTTAM DHILLON, Acting Administrator, Drug Enforcement Administration, in his official Capacity; "STEVE" LAST NAME UNKNOWN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Transportation Security Agency ("TSA"), TSA Administrator David P. Pekoske, the Drug Enforcement Administration ("DEA"), DEA Acting Administrator Uttam Dhillon, and the United States of America (together, the "Government Defendants") respectfully move for an extension of time to May 29, 2020, for the Government Defendants to file either an answer to the complaint or a motion pursuant to Fed. R. Civ. P. 12.

1.     The Government Defendants were served with the complaint on or about January 24, 2020. Accordingly, the Government Defendants' answer or other response to the complaint was originally due on March 24, 2020.

2.     By stipulation of the parties, the Government Defendants' answer deadline was initially extended by 45 days, to May 8, 2020. *See* ECF No. 22. Due to a variety of circumstances, including disruptions to agency operations caused by the COVID-19 pandemic, and an unexpected press of business faced by the undersigned counsel in other cases, the Government Defendants respectfully request that their deadline to answer or otherwise respond to the complaint be extended by 21 days, from May 8, 2020, to May 29, 2020.

3.     This is the Government Defendants' first motion for an extension of time to respond to the complaint. As noted above, the parties previously stipulated to a 45-day extension of the Government Defendants' original answer deadline. Counsel for the Government Defendants has conferred with counsel for Plaintiffs, who do not oppose this motion.

Accordingly, the Government Defendants respectfully request that their deadline to file an answer or motion to dismiss pursuant to Fed. R. Civ. P. 12 be extended to May 29, 2020. In accordance with this Court's Local Rules, this motion is accompanied by a proposed order.

Dated: April 28, 2020                              Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT W. BRADY
United States Attorney

BRIGHAM J. BOWEN
Assistant Director

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for the Government Defendants*