## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated, <br><br>　　Plaintiffs, <br><br>v. <br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; UTTAM DHILLON, Acting Administrator, Drug Enforcement Administration, in his official Capacity; "STEVE" LAST NAME UNKNOWN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA, <br><br>　　Defendants. | CASE NO. 2:20-cv-00064-LPL |

## [PROPOSED] ORDER

Upon consideration of the Government Defendants' motion for extension of time, and applicable law, it is hereby ORDERED that the Government Defendants' motion be, and hereby is, GRANTED. It is further ORDERED that the Government Defendants shall file their answer or motion under Fed. R. Civ. P. 12 by May 29, 2020.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　Lisa Pupo Lenihan
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge