# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 2:20-cv-64-LPL<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters his appearance as attorney of record on behalf of Defendant "Steve" Last Name Unknown, sued in his individual capacity, in the above-captioned case.

Dated: May 8, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

/s/ *David W. Inkeles*
DAVID W. INKELES
Trial Attorney (NY Bar No. 5511068)
United States Department of Justice

Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel:     (202) 305-0401
Fax:    (202) 616-4314
E-mail:  david.w.inkeles@usdoj.gov

*Attorneys for "Steve" Last Name Unknown*

2