# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 2:20-cv-64-LPL |

### STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Pursuant to LCvR 7.E, it is hereby stipulated by and between Plaintiffs and Defendant "Steve" Last Name Unknown (the "Individual-Capacity Defendant") that the Individual-Capacity Defendant's time to file either an answer to the complaint or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure is extended three days, from May 26 to May 29, 2020, to coincide with the response date for the Government Defendants.  See ECF No. 27.

A proposed order is attached.

Dated:  May 8, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

/s/ *David W. Inkeles*
DAVID W. INKELES
Trial Attorney (NY Bar No. 5511068)
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel:    (202) 305-0401
Fax:    (202) 616-4314
E-mail:  david.w.inkeles@usdoj.gov

*Attorneys for "Steve" Last Name Unknown*


/s/ Dan Alban
Dan Alban* (VA Bar No. 72688)

Jaba Tsitsuashvili* (DC Bar No. 1601246)

Richard Hoover* (NY Bar No. 5717269)

INSTITUTE FOR JUSTICE
901 North Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)
dalban@ij.org
jtsitsuashvili@ij.org
rhoover@ij.org

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*