**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 2:20-cv-64-LPL |

## **[PROPOSED] ORDER**

Upon consideration of the stipulation by and between Plaintiffs and the Individual-Capacity Defendant to extend the Individual-Capacity Defendant's response date, it is hereby ORDERED that the Individual-Capacity Defendant shall file his answer to the complaint or motion under Fed. R. Civ. P. 12 by May 29, 2020.

Dated: _____

_____
Hon. Lisa Pupo Lenihan
United States Magistrate Judge