# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | **Civil Action No. 2:20-cv-64-LPL** |
| Plaintiffs, | ) ) ) | **MOTION FOR ADMISSION** |
| v. | ) | *PRO HAC VICE* |
| | ) | |
| TRANSPORTATION SECURITY ADMINISTRATION, et al., | ) ) | |
| Defendants. | ) ) ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID INKELES

Pursuant to 28 U.S.C. § 517, LCvR 83.2 and 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151), David Inkeles hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant "Steve" Last Name Unknown.  An Affidavit for Admission *Pro Hac Vice* in support of this Motion is attached.

Dated: May 21, 2020

Respectfully submitted,

/s/ *David Inkeles*
DAVID W. INKELES
Trial Attorney (NY Bar No. 5511068)*
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel:     (202) 305-0401
Fax:     (202) 616-4314
E-mail:  david.w.inkeles@usdoj.gov
*Counsel for "Steve" Last Name Unknown*

**Pro Hac Vice* Admission Pending