# EXHIBIT A

**UPDATED NOTICE REGARDING LIMITATION OF COURT OPERATIONS**

As a consequence of the present unprecedented public health emergency, beginning March 17, 2020, the operations of the Court and its ancillary agencies will be limited. **Please do not visit the Court's facilities**. While litigants are encouraged to continue to make electronic filings, the Clerk's Office will not be staffed as usual until further notice. If you have a pending appeal or motion which has not been digitally filed, please use the portal https://nycourts.sharepoint.com/sites/AD2-DC/SitePages/Home.aspx on the court's website to make digital submissions. This will be helpful in processing pending matters during this time of virtual operations.

If you have an emergency application, please e-mail that application to the Court at ad2clerk@nycourts.gov . Your adversaries must be copied on that e-mail. You will be notified so that a date and time to conference your application can be arranged.

The Court has continued to calendar cases, and our calendars are posted on this website. Until further notice, if you have an appeal on one of the Court's calendars, that appeal will be taken on submission unless you contact the Court, at ad2-calendars@nycourts.gov , to request to be heard via Skype. In that regard, please consult the Court's Skype Argument Protocol.

If you have an appeal or motion pending before the Court which you consider to be urgent, please contact the Court at ad2clerk@nycourts.gov . Please be sure to be specific about the nature of your pending matter and why you consider the matter to be of an urgent nature. Likewise, if you are awaiting a decision from the Court on an appeal or motion and you consider the matter to be urgent, please contact the Court at ad2clerk@nycourts.gov and provide specific information as to the nature of the urgency.

Applications for certificates of good standing must be made via mail and in keeping with the instructions http://www.nycourts.gov/courts/ad2/attorneymatters_CertificatesofGoodStanding.shtml on this website for applications by mail. We will endeavor to process all requests received to the best of our ability, and ask for your patience during this difficult time.

**Please be reminded that all parties to an appeal or application must be copied on all communications with the Court.**

If you have an emergency relating to one of the Court's Grievance Committees, please contact the appropriate agency at the address listed below.

Grievance Committee, Second, Eleventh & Thirteenth Judicial Districts:   ad2-grv2@nycourts.gov

Grievance Committee, Ninth Judicial Districts:   ad2-grv9@nycourts.gov

Grievance Committee, Tenth Judicial District:   ad2-grv10@nycourts.gov

The safety of our litigants, as well as our staff members, is paramount. We appreciate your cooperation during this very difficult time.