# EXHIBIT B

Case 2:20-cv-00064-MJH-KT   Document 30-3   Filed 05/21/20   Page 1 of 2



# New York State Unified Court System



| | | |
|---|---|---|
| **Attorney Search** | *Attorney Detail* | **COURTS** |
| **Attorney Registration** | as of 05/20/2020 | **LITIGANTS** |
| **Registered In-House Counsel Search** | **Registration Number:** 5511068 | **ATTORNEYS** |
| | **DAVID WILLIAM INKELES** | **JURORS** |
| **In-House Counsel Registration** | UNITED STATES DEPARTMENT OF JUSTICE | |
| | 175 N ST NE | **JUDGES** |
| | WASHINGTON, DC 20002-3371 | |
| **Legal Consultant Registration** | United States | **CAREERS** |
| | **E-mail Address:** | |
| **Resources** | **Date Admitted in NY:** 06/14/2017 | **SEARCH** |
| | **Appellate Division Department of Admission:** 2 | |
| **E-Courts** | **Law School:** BROOKLYN LAW SCHOOL | |
| | **Registration Status:** Currently registered | |
| **Contact Us** | **Next Registration:** Jul 2021 | |
| | **Disciplinary History:** No record of public discipline | |

[Search Again]

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the **Appellate Divisions** of the Supreme Court in New York is available at www.nycourts.gov/courts.

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800 or attyreg@nycourts.gov.