# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION, et al., <br><br> Defendants. | Civil Action No. 2:20-cv-64-LPL <br><br> **[PROPOSED] ORDER** |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID INKELES

Having read and considered the motion of David Inkeles, counsel for Defendant "Steve" Last Name Unknown, sued in his individual capacity, requesting leave to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice*, and being fully advised, it is hereby ORDERED that the motion is GRANTED.

Dated this ___ day of May, 2020

_____
Hon. Lisa Pupo Lenihan
United States Magistrate Judge