# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, et al, | Civil Action No. 2:20-cv-00064 |
| Plaintiffs, | Magistrate Judge Lisa Pupo Lenihan |
| v. | |
| TRANSPORTATION SECURITY ADMINISTRATION, et al | |
| Defendants. | |

## ORDER

**IT IS ORDERED** this 29th day of May, 2020, that because this case has been assigned to a Magistrate Judge, each party must execute and file the form consenting to the jurisdiction of the Magistrate Judge or selecting the option to have the case randomly assigned to a District Judge no later than **June 19, 2020**. The applicable form is available on the Courts website at www.pawd.uscourts.gov in the forms section. **THE EVENT USED FOR DOCKETING THIS FORM IS FOUND UNDER "OTHER DOCUMENTS", CALLED "CONSENT TO TRIAL BY MAGISTRATE JUDGE OR DISTRICT JUDGE".** If the parties elect to have the case assigned to a District Judge, Magistrate Judge Lisa Pupo Lenihan will continue to manage the case as provided for in Local Rule 72G. Any party who has filed a "Consent to Trial by a Magistrate Judge or District Judge" form does not need to refile it.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Counsel of record.