# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, et al, | Civil Action No. 2:20-cv-00064 |
| v. | Magistrate Judge Lisa Pupo Lenihan |
| TRANSPORTATION SECURITY ADMINISTRATION, et al | |
| Defendants. | |

## PART 1: CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date:_____   _____
                                        Signature

                                        Print Name: _____

-------------------------------------------------------------------------------------------------------------------

## PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge, but I elect to have this case randomly assigned to a United States District Judge.

Date:_____   _____
                                        Signature

                                        Print Name: _____