IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 2:20-cv-64-LPL<br><br>**MOTION TO DISMISS** |

### "STEVE" LAST NAME UNKNOWN'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant "Steve" Last Name Unknown, sued in his personal capacity, respectfully moves the Court for an order dismissing Count V, the sole claim asserted against him. This Motion is based on the facts, law, and discussion contained in the accompanying Brief in Support, filed simultaneously herewith and incorporated herein by reference. A proposed order and certification of counsel are attached.

WHEREFORE, Defendant "Steve" Last Name Unknown respectfully requests that the Court issue an Order dismissing the sole claim asserted against him (Count V) with prejudice.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

/s/ *David Inkeles*
DAVID W. INKELES
Trial Attorney (NY Bar No. 5511068)*
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel:     (202) 305-0401
Fax:    (202) 616-4314
E-mail:  david.w.inkeles@usdoj.gov
*Attorneys for "Steve" Last Name Unknown*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2020, a true and correct copy of "Steve" Last Name Unknown's Motion to Dismiss was served upon the attorney of record for each other party by means of the District Clerk's CM/ECF electronic filing system.

/s/ *David Inkeles*
DAVID W. INKELES
Trial Attorney, U.S. Department of Justice
