**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

|  |  |  |
|---|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | **Civil Action No. 2:20-cv-64-LPL** |
| v. | ) ) | **[PROPOSED] ORDER** |
| TRANSPORTATION SECURITY ADMINISTRATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

---

### [PROPOSED] ORDER GRANTING DEFENDANT "STEVE" LAST NAME UNKNOWN'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2020, upon consideration of Defendant "Steve" Last Name Unknown's Motion to Dismiss, Brief in Support, and any response and reply thereto, it is hereby ORDERED that the motion is GRANTED, and IT IS FURTHER ORDERED that Count V, the sole claim asserted against "Steve" Last Name Unknown, is DISMISSED with prejudice.

_____, J.