# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 2:20-cv-64-LPL<br><br>CERTIFICATION OF COUNSEL |

## CERTIFICATION OF COUNSEL

In accordance with the Court's Order dated January 16, 2020, ECF No. 5, I hereby certify that on May 19, 2020, I emailed Plaintiffs' counsel in a good faith effort to discuss whether the deficiencies identified in Defendant "Steve" Last Name Unknown's Motion to Dismiss and Brief in Support may be cured by amendment. Plaintiffs' counsel responded by email that same day to indicate that Plaintiffs would not seek amendment at this time.

/s/ *David Inkeles*
DAVID W. INKELES
Trial Attorney, U.S. Department of Justice