# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; UTTAM DHILLON, Acting Administrator, Drug Enforcement Administration, in his official Capacity; "STEVE" LAST NAME UNKNOWN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 2:20-cv-00064-LPL |

## PROPOSED ORDER

Upon consideration of the Motion to Dismiss Plaintiffs' Claims against Defendants Transportation Security Administration; David P. Pekoske, Administrator, Transportation Security Administration, in his official capacity; Drug Enforcement Administration; Uttam Dhillon, Acting Administrator, Drug Enforcement Administration, in his official capacity; and the United States of America, and any response thereto, and the record of this matter, it is this _____ day of _____, 2020, ORDERED that the motion is hereby GRANTED, and further ORDERED that Plaintiffs' claims against Defendants Transportation Security Administration;

David P. Pekoske, Administrator, Transportation Security Administration, in his official capacity; Drug Enforcement Administration; Uttam Dhillon, Acting Administrator, Drug Enforcement Administration, in his official capacity; and the United States of America are dismissed in their entirety with prejudice.

 

_____
THE HON. LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE

Case 2:20-cv-00064-MJH-KT   Document 35-1   Filed 05/29/20   Page 2 of 2