# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; UTTAM DHILLON, Acting Administrator, Drug Enforcement Administration, in his official Capacity; "STEVE" LAST NAME UNKNOWN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. 2:20-cv-00064-LPL |

## CERTIFICATION OF COUNSEL

I hereby certify that I conferred with counsel for Plaintiffs by telephone and email on May 29, 2020, to determine whether the deficiencies identified in the Government Defendants' motion to dismiss could be cured by amendment.[1] Plaintiffs' counsel has informed me that, at this time, Plaintiffs do not intend to amend their complaint in response to the issues identified in the

---

[1] Counsel belatedly discovered the conferral requirement deadline and recognizes that the date of conferral above is not within the time required by the Court's January 16, 2020, order.

2

Government Defendants' motion, which I outlined for Plaintiffs' counsel during the parties' conferral.

Dated: May 29, 2020

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division