# EXHIBIT D



**U. S. Department of Justice**
Drug Enforcement Administration

---

*www.dea.gov*

FEB 2 8 2020

### CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Dan Alban, Esq.
901 North Glebe Road, Suite 900
Arlington, VA 22203

Re: Asset ID No. 19-DEA-655311
    $82,373.00 U.S. Currency

Dear Mr. Alban:

    Thank you for the correspondence confirming your representation of Rebecca Brown and August Terrence Rolin relative to the administrative forfeiture proceeding commenced against the above-referenced property. As you may know, following receipt of written notice of that proceeding, your clients filed claims asserting various interests in the property. After further review, a decision has been made to return the property. In order to effect the release of the funds, please complete the blocks noted on the enclosed "UFMS Vendor Request Form." **The "Employee/ Vendor/Payee Information" section of the UFMS Vendor Request Form must contain the name and taxpayer ID number of the claimant who owns the funds.** Please print or type when completing the form. The completed form must be returned to this office at the DEA address or e-mail noted below within thirty (30) days of your receipt of this letter. The payment will be made by electronic funds transfer to the bank account designated on the UFMS Vendor Request Form.

    The Debt Collection Improvement Act of 1996, 31 United States Code § 3716, requires the Department of the Treasury and other disbursing officials to offset Federal payments to collect delinquent non-tax debts owed to the United States, or delinquent debts owed to states, including past-due child support enforced by states. If an offset is made during an electronic funds transfer, the claimant will receive a notification from the Department of the Treasury at the last address provided to the creditor. If your client believes that the payment may be subject to an offset, your client may contact the Treasury Department at the following number: 1-800-304-3107.

    Further correspondence with this office, including the completed UFMS Vendor Request Form, must include the Asset ID number referenced above and be addressed to the Forfeiture Counsel,

Exhibit D

Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, 8701 Morrissette Drive, Springfield, Virginia 22152. Alternatively, you may e-mail the form to DEA.AFS-ACH.Processing@usdoj.gov.

Sincerely,

Larry D'Orazio
Senior Attorney
Asset Forfeiture Section

Enclosure