# EXHIBIT E

## Dalto, Mary J

| | |
|---|---|
| **From:** | Dan Alban <dalban@ij.org> |
| **Sent:** | Thursday, March 5, 2020 2:38 PM |
| **To:** | DEA.AFS-ACH.Processing; D'Orazio, Lawrence A. |
| **Cc:** | Jaba Tsitsuashvili; Richard Hoover; Kendall Morton |
| **Subject:** | August Rolin UFMS Vendor Request Form for DEA Asset ID No. 19-DEA-655311 |
| **Attachments:** | August Rolin EFT form.pdf |

Hello,

Attached in PDF format is my client August Terrence Rolin's UFMS Vendor Request Form for EFT payment processing related to $82,373 in U.S. Currency, DEA Asset ID No. 19-DEA-655311.

Please let me know if you need any additional information to process this EFT payment.

Thank you,
Dan

**Dan Alban**
Senior Attorney
Institute for Justice
www.ij.org
(703) 682-9320 ext. 236
(703) 682-9321 (fax)



Exhibit E



# U.S. DEPARTMENT OF JUSTICE

## Unified Financial Management System (UFMS)

### UFMS Instructions for completing UFMS Vendor Request Form

1. ☑ New  ☐ Update  ☐ Deactivate

Instructions on completing this form are on the second page. Fields outlined in "RED" are required.

| 2. | Is the vendor required to register in SAM (Y/N)?* | N | 3. | If not, what is the exemption (i.e. Employee, Foreign vendor, etc): | Refund Vendor |
|---|---|---|---|---|---|

*If the vendor is required to register in SAM, please have them do so before completing this form. SAM Registration exceptions can be found in FAR 4.1102. The assumption is that the SAM information is valid. If the information currently listed at SAM.gov or in UFMS is incorrect, then the vendor should be contacted to be updated their SAM information directly at SAM.gov

If the vendor is not required to register, please complete all fields on this request.

### USDOJ Component Information

| 4. | Date of Request: (MM/DD/YY) | 3.5.2020 | 5. | Requesting Component: | U.S. Marshal Service (USMS) |
|---|---|---|---|---|---|
| 6. | Component Contact: (Can not be the same as the vendor) | AFS - ACH Processing | 7. | Office Phone No.: | 202-307-8555 |
| 8. | Purpose of Request | AF - CM-19-0124, 19-DEA-655311, $82,373.00 U.S. Currency | | | |
| 9. | UFMS Security Org: | USMS | 10. | Vendor Type: | Non-Vendor (NON) |
| 11. | Component- Specific Justification: | N/A | | | |
| 12. | Payment Type: | CCD | 13. | Prompt Pay Type: | Non-PromptPayAct (NONPPA) |

### Employee/Vendor/Payee Information

| 14. | Vendor Name: | AUGUST ROUN | | |
|---|---|---|---|---|
| 15. | DUNS Number+4: | N/A | 16. | EIN/SSN/TIN | ▮▮▮▮▮▮ |
| 17. | Street Address: | ▮▮▮▮▮▮ | | |
| 18. | City, State, Zip Code: | MORGAN, PA    15064 | | |
| 19. | Country: | USA | 20. | E-mail Address: | |
| 21. | Vendor Phone No.: (including area code) | 918.996.9421 | 22. | Fax Number: (including area code) | |
| 23. | Contact Name: (Last, First, MI) | BROWN, ROBECCA A. | 24. | NCIC/TPID Code: | |
| 25. | Federal Vendor Agency Locator Code (ALC): | | N/A | | |

### Financial Institution Information

| 26. | Bank Name: | ALIGN CREDIT UNION | | |
|---|---|---|---|---|
| 27. | Street Address: | 40 MARKET ST. | | |
| 28. | City, State, Zip Code: | LOWELL, MA    01852 | | |
| 29. | Country: | USA | 30. | Bank Phone No.: | 800.942.9575 |
| 31. | ABA Number: | ▮▮▮▮▮▮ | 32. | Account Number: | ▮▮▮▮▮▮ |
| 33. | Account Type: | CHECKING | ACH Format: | All vendors will be setup with CTX, Check and CCD ACH payment format |

PRIVACY ACT STATEMENT: The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information collected on this form is required under the provisions of 31 USC 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit payment data, by electronic means to vendor's financial institution. Failure to provide the requested information may delay or prevent the receipt of payments through the Automated Clearing House Payment System.

WHERE TO SEND THIS FORM
Asset Forfeiture Division (AFD) third-party payment requests should be sent to the AFD mailbox at DEA.AFS-ACH.Processing@usdoj.gov

[MD/UFSG – Vendor Request Form                                    April 2017