# EXHIBIT F

Department Of Justice

**Disbursed Payments**
**Disbursing Office: MKF2**
**Group By Vendor Code**

| Document ID | Security Org | Disb Amount | Payment Type | Schd Date | Disb Date | Vendor Code | Vendor Name | Status | Schedule Num | Chk/Trc Num | Invoice Num |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vendor Code:** | | | | | | ROLIN██A | | | | | |
| MPR M-20-D68-P-000220/0-1 | MD68 | $82,373.00 | CCD | 03/19/2020 | 03/23/2020 | ROLIN██A | 2018179 AUGUST TERRENCE R | C | MA2008005 | 027866657 | |
| | | | Accounting Strip | | | | | | | | |
| | | | OBD/2020//SADF/H50/D68/PERMID/MAXX000M//////////19-DEA-655311/// | | | | | | | | |
| **Vendor Code Total:** | | **$82,373.00** | | | | | | | | | |

4/29/2020 08:59:00

Exhibit F