IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, *et al*.<br><br>    *Defendants*. | Civil Action No. 2:20-CV-00064-LPL |

## **[PROPOSED] ORDER**

Upon consideration of the Consent Motion for Extensions of Time, and applicable law, it is hereby ORDERED that the Consent Motion is GRANTED.

On or before July 17, 2020, Plaintiffs shall file an amended complaint or oppose Defendants' pending motions to dismiss.

If Plaintiffs file an amended complaint, Defendants shall file their respective answers or motions pursuant to Fed. R. Civ. P. 12 on or before August 28, 2020.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Lisa Pupo Lenihan
United States Magistrate Judge