# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; TIMOTHY J. SHEA, Acting Administrator, Drug Enforcement Administration, in his official Capacity; STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA,<br><br>  Defendants. | CASE NO. 2:20-cv-00064-LPL |

## JOINT MOTION TO EXTEND TIME FOR GOVERNMENT DEFENDANTS TO ANSWER OR MOVE TO DISMISS THE FIRST AMENDED COMPLAINT AND FOR PLAINTIFFS TO FILE AN OPPOSITION TO A MOTION TO DISMISS

Plaintiffs Rebecca Brown, August Terrence Rolin, Stacy Jones-Nasr, and Matthew Berger ("Plaintiffs") and defendants Transportation Security Agency ("TSA"), TSA Administrator David P. Pekoske, the Drug Enforcement Administration ("DEA"), DEA Acting Administrator Timothy J. Shea, and the United States of America (together, the "Government Defendants") jointly move for a 3-week extension of time, from August 28, 2020 to September 18, 2020, for the Government Defendants to file either an answer to the first amended complaint

or a motion pursuant to Fed. R. Civ. P. 12, and a corresponding 3-week extension, from October 9, 2020 to October 30, 2020, for Plaintiffs to file their opposition should the Government Defendants file a motion to dismiss.

1. On July 17, 2020, Plaintiffs filed an amended complaint. (ECF No. 43). Plaintiffs' First Amended Complaint is over 100 pages long, includes hundreds of additional paragraphs of allegations, adds two new plaintiffs, and incorporates by reference dozens of new documents.

2. Because of the amount of new material included in the First Amended Complaint, the Government Defendants are still reviewing facts and documents to prepare their response, and it is not feasible for the Government Defendants to file an answer or motion pursuant to Fed. R. Civ. P. 12 by the current August 28, 2020 deadline.

3. Plaintiffs consent to a three-week extension of the Government Defendants' response deadline and seek a corresponding extension of the deadline for Plaintiffs to file a response should the Government Defendants file a motion to dismiss.

4. Government Defendants' counsel has consulted with counsel for the Individual Defendant, Steven Dawkin, and Mr. Dawkin does not oppose this joint motion.

5. Accordingly, the Plaintiffs and the Government Defendants respectfully request that the Court extend the deadline for the Government Defendants to file an answer or motion to dismiss the First Amended Complaint from August 28, 2020, to September 18, 2020, and extend the Plaintiffs' deadline to respond to a motion to dismiss to October 30, 2020.

Dated: August 20, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

SCOTT W. BRADY
United States Attorney

BRIGHAM J. BOWEN
Assistant Director

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for the Government Defendants*

/s/ Dan Alban
Dan Alban*
VA Bar No. 72688

Jaba Tsitsuashvili*
DC Bar No. 1601246

Richard Hoover*
NY Bar No. 5717269

INSTITUTE FOR JUSTICE
901 North Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)
dalban@ij.org
jtsitsuashvili@ij.org
rhoover@ij.org

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*