# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; TIMOTHY J. SHEA, Acting Administrator, Drug Enforcement Administration, in his official Capacity; STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA,<br><br>　　Defendants. | CASE NO. 2:20-cv-00064-LPL |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' and the Government Defendants' joint motion for extension of time, and applicable law, it is hereby ORDERED that the joint motion be, and hereby is, GRANTED. It is further ORDERED that the Government Defendants shall file their answer to the first amended complaint or motion under Fed. R. Civ. P. 12 by September 18, 2020, and the Plaintiffs shall file their opposition to a motion under Fed. R. Civ. P. 12 by October 30, 2020.

2

Dated:

                                                 Lisa Pupo Lenihan
                                                 United States Magistrate Judge