IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION;<br><br>DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity;<br><br>DRUG ENFORCEMENT ADMINISTRATION;<br><br>TIMOTHY J. SHEA, Acting Administrator, Drug Enforcement Administration, in his official capacity;<br><br>STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and<br><br>UNITED STATES OF AMERICA;<br><br>*Defendants*. | Civil Action No. 2:20-cv-00064-LPL<br><br>**MOTION TO WITHDRAW APPEARANCE** |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.2(c)(4), Richard M. Hoover hereby moves to withdraw his appearance as counsel for Plaintiffs Rebecca Brown, August Terrence Rolin, Stacy Jones-Nasr, and Matthew Berger. Withdrawal is warranted because, effective August 20, 2020, Mr. Hoover will no longer be employed at the Institute for Justice. Dan Alban and Jaba Tsitsuashvili, of the

1

Institute for Justice, will remain as counsel for Plaintiffs and may continue to be served at the addresses noted below in the signature block.

Dated: August 20, 2020                                   Respectfully submitted,

/s/ Richard M. Hoover*
NY Bar No. 5717269

Dan Alban*
VA Bar No. 72688

Jaba Tsitsuashvili*
DC Bar No. 1601246

INSTITUTE FOR JUSTICE
901 North Glebe Road., Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)
dalban@ij.org
jtsitsuashvili@ij.org
rhoover@ij.org

*Attorneys for Plaintiffs*

* Admitted *Pro Hac Vice*