IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER, on behalf of themselves and all others similarly situated,<br><br> *Plaintiffs*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION;<br><br>DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity;<br><br>DRUG ENFORCEMENT ADMINISTRATION;<br><br>TIMOTHY J. SHEA, Acting Administrator, Drug Enforcement Administration, in his official capacity;<br><br>STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and<br><br>UNITED STATES OF AMERICA;<br><br> *Defendants*. | Civil Action No. 2:20-cv-00064-LPL<br><br>**PROPOSED ORDER** |

## **PROPOSED ORDER**

 Before this Court is Richard M. Hoover's Motion to Withdraw Appearance as counsel for Plaintiffs Rebecca Brown, August Terrence Rolin , Stacy Jones-Nasr, and Matthew Berger ("Plaintiffs"). Having reviewed the Motion, the Court finds that it should be **GRANTED**.

1

2

Accordingly, Richard M. Hoover is hereby terminated as counsel of record for Plaintiffs. Dan Alban and Jaba Tsitsuashvili, of the Institute for Justice, will remain as counsel for Plaintiffs and may continue to be served on their behalf.

**SIGNED** this _____ day of _____, 2020.

                                                                                              _____
**HONORABLE LISA PUPO LENIHAN**
**UNITED STATES MAGISTRATE JUDGE**