## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Civil Action No. 2:20-cv-64-LPL** |
| v. ) | |
| ) | |
| TRANSPORTATION SECURITY ) | **MOTION TO DISMISS** |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |

### STEVEN DAWKIN'S MOTION TO DISMISS THE INDIVIDUAL-CAPACITY CLAIM AGAINST HIM IN THE FIRST AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Steven W. Dawkin, sued in his individual capacity, respectfully moves this Court for an order dismissing Count V, the sole claim asserted against him. This Motion is based on the facts, law, and discussion contained in the accompanying Brief in Support, filed simultaneously herewith and incorporated herein by reference. A proposed order and certification of counsel are attached.

WHEREFORE, Defendant Steven W. Dawkin respectfully requests that the Court issue an order dismissing the sole claim asserted against him (Count V) with prejudice.

Dated: August 28, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

/s/ *David Inkeles*
DAVID W. INKELES
Trial Attorney (NY Bar No. 5511068)*
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel:   (202) 305-0401
Fax:   (202) 616-4314
E-mail:  david.w.inkeles@usdoj.gov
*Attorneys for Steven Dawkin*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2020, a true and correct copy of Steven W. Dawkin's Motion to Dismiss was served upon the attorney of record for each other party by means of the District Clerk's CM/ECF electronic filing system.

>/s/ *David Inkeles*
>DAVID W. INKELES
>Trial Attorney, U.S. Department of Justice