**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| REBECCA BROWN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Civil Action No. 2:20-cv-64-LPL** |
| v. | ) | |
| | ) | |
| TRANSPORTATION SECURITY | ) | **[PROPOSED] ORDER** |
| ADMINISTRATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

**[PROPOSED] ORDER GRANTING STEVEN DAWKIN'S MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2020, upon consideration of Defendant Steven Dawkin's Motion to Dismiss, Brief in Support, and any response and reply thereto, it is hereby ORDERED that the motion is GRANTED, and IT IS FURTHER ORDERED that Count V, the sole claim asserted against Steven W. Dawkin, is DISMISSED with prejudice.

_____, J.