# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TRANSPORTATION SECURITY ) <br> ADMINISTRATION, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 2:20-cv-64-LPL <br><br> CERTIFICATION OF COUNSEL |

## CERTIFICATION OF COUNSEL

I hereby certify that on August 26, 2020, I e-mailed Plaintiffs' counsel in a good faith effort to determine whether the deficiencies raised in Defendant Steven Dawkin's Motion to Dismiss and Brief in Support could be cured by additional amendment. Plaintiffs' counsel responded by e-mail the same day to indicate Plaintiffs do not believe it is necessary to further amend the complaint at this time to address the issues identified in Mr. Dawkin's Motion.

/s/ *David Inkeles*
DAVID W. INKELES
Trial Attorney, U.S. Department of Justice