# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; TIMOTHY J. SHEA, Acting Administrator, Drug Enforcement Administration, in his official Capacity; STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. 2:20-cv-00064-LPL |

## MOTION FOR ENLARGEMENT OF PAGE LIMIT

Defendants Transportation Security Agency ("TSA"), TSA Administrator David P. Pekoske, the Drug Enforcement Administration ("DEA"), DEA Acting Administrator Timothy J. Shea, and the United States of America (together, the "Government Defendants") respectfully move for an enlargement of the page limits, from 25 pages to 30 pages, for the Government Defendants' brief in support of their motion to dismiss and for Plaintiffs' opposition brief.

1.  On July 17, 2020, Plaintiffs filed a First Amended Complaint that is over 100 pages long. *See* ECF No. 43.

2. The Government Defendants' answer or motion to dismiss the First Amended Complaint is due September 18, 2020. *See* ECF No. 50. The Government Defendants plan to file a motion to dismiss the First Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

3. Under the Court's Chambers Rules, supporting and opposition briefs are limited to 25 pages.

4. Because of the length of Plaintiffs' First Amended Complaint, the Government Defendants respectfully request a 5-page enlargement of the page limit for their brief in support of their motion to dismiss.

5. Plaintiffs consent to this request, on the condition that the Court grant a corresponding 5-page enlargement of the page limit for Plaintiffs' opposition brief.

Accordingly, the Government Defendants respectfully request an enlargement of the page limit, from 25 pages to 30 pages, for their brief in support of their anticipated motion to dismiss and Plaintiffs' opposition brief.

|  |  |
|---|---|
| Dated: September 14, 2020 | Respectfully submitted, |
|  | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
|  | SCOTT W. BRADY<br>United States Attorney |
|  | BRIGHAM J. BOWEN<br>Assistant Director |
|  | /s/ Elizabeth Tulis<br>ELIZABETH TULIS<br>Trial Attorney<br>Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 514-9237<br>Fax: (202) 616-8470<br>E-mail: elizabeth.tulis@usdoj.gov |
|  | *Attorneys for the Government Defendants* |