# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; TIMOTHY J. SHEA, Acting Administrator, Drug Enforcement Administration, in his official Capacity; STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA,<br><br>　　　Defendants. | CASE NO. 2:20-cv-00064-LPL |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' and the Government Defendants' motion for enlargement of page limit, it is hereby ORDERED that the motion be, and hereby is, GRANTED. It is further ORDERED that the page limit for the Government Defendants' brief in support of their anticipated motion to dismiss is enlarged to 30 pages, and that the page limit for Plaintiffs' opposition brief is also enlarged to 30 pages.

2

Dated:

                                                       Lisa Pupo Lenihan
                                                       United States Magistrate Judge