IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 2:20-cv-64-MJH-LPL |

**DEFENDANT STEVEN W. DAWKIN'S UNOPPOSED MOTION FOR A ONE-WEEK EXTENSION OF TIME TO FILE HIS REPLY BRIEF IN SUPPORT OF HIS MOTION TO DISMISS**

Defendant Steven W. Dawkin respectfully requests a one-week extension of time, from September 25, 2020, to October 2, 2020, by which to file his reply brief in support of his motion to dismiss the individual-capacity claim asserted against him in the amended complaint. See ECF Nos. 47-48. For the reasons set forth below, there is good cause for the requested extension. Fed. R. Civ. P. 6(b)(1)(A).

1. On July 17, 2020, Plaintiffs filed an amended complaint, ECF No. 43, and on August 28, 2020, Defendant Dawkin submitted his motion to dismiss the individual-capacity claim asserted against him therein, ECF Nos. 47-48.

2. Consistent with United States Magistrate Judge Lisa Pupo Lenihan's Order on Motions Practice, Plaintiffs filed their brief in opposition to Defendant Dawkin's motion to dismiss on Friday, September 18, 2020, ECF No. 53.

3. Under Judge Lenihan's Order on Motions Practice, Defendant Dawkin's reply brief in support of his motion to dismiss would have been due on Saturday, October 3, 2020.

4. On Monday, September 14, 2020, however, United States District Judge Marilyn J. Horan was assigned to this case. Per Judge Horan's Standing Order and Procedures on Civil Motion Practice, § 4, Defendant Dawkin's reply brief is now due Friday, September 25, 2020.

5. Defendant Dawkin intends to file a reply brief in support of his motion to dismiss and, until recently, had anticipated doing so by October 3. Given that the date by which Defendant Dawkin must submit his reply brief is now September 25, 2020, and due to undersigned counsel's obligations related to the Jewish holidays over the ensuing weeks, Defendant Dawkin respectfully requests a one-week extension, to October 2, 2020, to file his reply brief in support of his motion to dismiss.

6. Defendant Dawkin seeks this extension in good faith, not for any improper purpose such as delay, and, if granted, the extension will not affect any other deadlines set by the Court in this case.

7. Counsel for Plaintiffs and the United States consent to this request.

8. A proposed order is attached hereto.

Dated: September 18, 2020,                    Respectfully submitted,

                                              JEFFREY BOSSERT CLARK
                                              Acting Assistant Attorney General
                                              Civil Division

                                              C. SALVATORE D'ALESSIO, JR.
                                              Acting Director
                                              Torts Branch, Civil Division

                                              MARY HAMPTON MASON
                                              Senior Trial Counsel, Torts Branch

/s/ *David Inkeles*
DAVID W. INKELES
Trial Attorney (NY Bar No. 5511068)*
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel:     (202) 305-0401
Fax:    (202) 616-4314
E-mail:  david.w.inkeles@usdoj.gov
*Counsel for Steven Dawkin*

*Admitted *Pro Hac Vice*