**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

|  |  |  |
|---|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| | ) | **Civil Action No. 2:20-cv-64-MJH-LPL** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TRANSPORTATION SECURITY ADMINISTRATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

---

### [PROPOSED] ORDER

Upon consideration of Defendant Steven W. Dawkin's Unopposed Motion for a One-Week Extension of Time to File His Reply Brief in Support of His Motion to Dismiss, it is hereby ORDERED that Defendant Dawkin shall file any reply brief in support of his motion to dismiss the individual-capacity claim asserted against him in the amended complaint by Friday, October 2, 2020.

Dated: _____

_____
Hon. Lisa Pupo Lenihan
United States Magistrate Judge