IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; TIMOTHY J. SHEA, Acting Administrator, Drug Enforcement Administration, in his official Capacity; STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA,<br><br>    Defendants. | CASE NO. 2:20-cv-00064-MJH-LPL |

**THE GOVERNMENT DEFENDANTS' MOTION TO DISMISS**

Defendants Transportation Security Administration; David P. Pekoske, Administrator, Transportation Security Administration, in his official capacity; Drug Enforcement Administration; Timothy J. Shea, Acting Administrator, Drug Enforcement Administration, in his official capacity; and the United States of America (collectively, "the Government Defendants") move to dismiss the claims brought against them by Plaintiffs Rebecca Brown, August Terrence Rolin, Stacy Jones-Nasr, and Matthew Berger pursuant to Rules 12(b)(1) and 12(b)(6) of the

Federal Rules of Civil Procedure. The grounds for this motion are set forth more fully in the accompanying memorandum in support of this motion. A proposed order is attached.

Dated: September 18, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

SCOTT W. BRADY
United States Attorney

BRIGHAM J. BOWEN
Assistant Director

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for the Government Defendants*