# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; TIMOTHY J. SHEA, Acting Administrator, Drug Enforcement Administration, in his official Capacity; STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 2:20-cv-00064-MJH-LPL |

## PROPOSED ORDER

Upon consideration of the Motion to Dismiss Plaintiffs' Claims against Defendants Transportation Security Administration; David P. Pekoske, Administrator, Transportation Security Administration, in his official capacity; Drug Enforcement Administration; Timothy J. Shea, Acting Administrator, Drug Enforcement Administration, in his official capacity; and the United States of America, and any response thereto, and the record of this matter, it is this _____ day of _____, 2020, ORDERED that the motion is hereby GRANTED, and further ORDERED that Plaintiffs' claims against Defendants Transportation Security Administration;

David P. Pekoske, Administrator, Transportation Security Administration, in his official capacity; Drug Enforcement Administration; Timothy J. Shea, Acting Administrator, Drug Enforcement Administration, in his official capacity; and the United States of America are dismissed in their entirety with prejudice.

 

_____
THE HON. LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE