IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 2:20-cv-64-MJH-LPL |

# [PROPOSED] ORDER

Upon consideration of Defendant Steven W. Dawkin's Unopposed Motion for Additional Pages To Reply to Plaintiffs' Opposition to His Motion to Dismiss, it is hereby ORDERED that Defendant Dawkin may file a reply brief of up to fifteen pages in support of his motion to dismiss the individual-capacity claim asserted against him.

Dated: _____

_____
Hon. Lisa Pupo Lenihan
United States Magistrate Judge