# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; TIMOTHY J. SHEA, Acting Administrator, Drug Enforcement Administration, in his official Capacity; STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-00064-MJH-LPL |

## CONSENT MOTION FOR ENLARGEMENT OF PAGE LIMIT AND EXTENSION OF TIME FOR GOVERNMENT DEFENDANTS TO FILE REPLY

Defendants Transportation Security Agency ("TSA"), TSA Administrator David P. Pekoske, the Drug Enforcement Administration ("DEA"), DEA Acting Administrator Timothy J. Shea, and the United States of America (together, the "Government Defendants"), with the consent of Plaintiffs, move for a four-day extension of time, from November 16, 2020 to November 20, 2020, to file a reply in support of their motion to dismiss, and for an enlargement of the page limit for their reply from 5 to 15 pages.

1. On July 17, 2020, Plaintiffs filed an amended complaint that was over 100 pages long. (ECF No. 43).

2. On August 29, 2020, the Court granted the Government Defendants' and Plaintiffs' joint motion for a three-week extension of the briefing schedule for the Government Defendants' anticipated motion to dismiss. (ECF No. 50).

3. The Court subsequently also granted the parties' requests for an enlargement of the page limits for the Government Defendants' opening brief and the Plaintiffs' opposition brief. (ECF No. 52).

4. The Government Defendants filed their motion to dismiss on September 18, 2020, and Plaintiffs filed their opposition on October 30, 2020. Pursuant to the Court's individual rules, the Government Defendants' reply brief is currently due Monday, November 16, 2020, and is limited to 5 pages in length.

5. Undersigned counsel for the Government Defendants was ill for part of the last week. Due to this unavailability, the press of business in other cases, and the extensive issues raised by Plaintiffs' opposition, the Government Defendants respectfully request a 4-day extension of time, from November 16 to November 20, 2020, to file their reply brief. Plaintiffs consent to this request for an extension of the reply deadline.

6. Because of the extensive issues raised by Plaintiffs' opposition, the Government Defendants further request that the page limit for their reply be enlarged to 15 pages. Plaintiffs' counsel has informed the Government Defendants that Plaintiffs consent to this request for a page-limit enlargement on the condition that the Government Defendants consent to Plaintiffs' filing of a 5-page sur-reply, should Plaintiffs determine that they wish to file a sur-reply.

Accordingly, should Plaintiffs seek to file a 5-page sur-reply, the Government Defendants consent to such a filing.

7. Government Defendants' counsel has consulted with counsel for the Individual Defendant, Steven Dawkin, and Mr. Dawkin does not oppose this motion.

8. Accordingly, the Government Defendants respectfully request that the Court extend the deadline for the Government Defendants' reply from November 16, 2020 to November 20, 2020, and enlarge the page limit for the reply from 5 to 15 pages.

Dated: November 12, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

SCOTT W. BRADY
United States Attorney

BRIGHAM J. BOWEN
Assistant Director

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for the Government Defendants*