IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; TIMOTHY J. SHEA, Acting Administrator, Drug Enforcement Administration, in his official Capacity; STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA,<br><br>    Defendants. | CASE NO. 2:20-cv-00064-MJH-LPL |

## PROPOSED ORDER

Upon consideration of the Government Defendants' Consent Motion for Enlargement of Page Limit and Extension of Time for the Government Defendants To File Reply, it is this *13th* day of *Nov.*, 2020, ORDERED that the motion is hereby GRANTED, and further ORDERED that the page limit for the Government Defendants' reply in support of their motion to dismiss is enlarged to 15 pages, and the deadline for the Government Defendants to file their reply is extended to November 20, 2020.

_____
THE HON. LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE