IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, *et al.*, <br><br>    *Plaintiffs*, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION, *et al.*, <br><br>    *Defendants*. | Civil Action No. 2:20-cv-00064 <br><br> ORDER |

## ORDER

Before this Court is the Joint Motion for Extension of Time to File Objections to Report and Recommendation on Defendants' Motion to Dismiss. (ECF No. 67). Having reviewed the Motion, the Court finds that it should be **GRANTED**.

Accordingly, the deadline for any objection to the Report and Recommendation is extended from January 21, 2021 to February 11, 2021, and the parties may respond to the other parties' objections on or before March 4, 2021.

**SIGNED** this 14th day of January, 2021.

*(signature)*
HONORABLE MARILYN J. HORAN
UNITED STATES DISTRICT JUDGE