IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; D. CHRISTOPHER EVANS, Acting Administrator, Drug Enforcement Administration, in his official capacity; STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. 2:20-cv-00064-MJH-LPL |

### *NUNC PRO TUNC* MOTION FOR ADMISSION *PRO HAC VICE*

Elizabeth Tulis, undersigned counsel for Defendants Transportation Security Administration; David P. Pekoske, Administrator, Transportation Security Administration; Drug Enforcement Administration; D. Christopher Evans,[1] Acting Administrator, Drug Enforcement Administration; and the United States of America (together the "Government Defendants"), hereby moves that Elizabeth Tulis be admitted, *nunc pro tunc*, to appear and practice in this Court

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Drug Enforcement Administration Acting Administrator D. Christopher Evans is automatically substituted for former Acting Administrator Timothy Shea.

in the above-captioned matter as counsel *pro hac vice* for the above-listed Government Defendants pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Elizabeth Tulis filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: March 24, 2021                                Respectfully submitted,

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Tel. (202) 514-9237
elizabeth.tulis@usdoj.gov

*Attorney for the Government Defendants*