# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; D. CHRISTOPHER EVANS, Acting Administrator, Drug Enforcement Administration, in his official capacity; STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA,<br><br>　　Defendants. | CASE NO. 2:20-cv-00064-MJH-LPL |

## PROPOSED ORDER

Upon consideration of the *Nunc Pro Tunc* Motion for Admission *Pro Hac Vice* of Elizabeth Tulis, it is this _____ day of _____, 2021, ORDERED that the motion is hereby GRANTED.

_____
THE HON. LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE