IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER on behalf of themselves and all others similarly situated, <br><br>       Plaintiffs, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; TIMOTHY J. SHEA, Acting Administrator, Drug Enforcement Administration, in his official capacity; STEVE DAWKIN, Agent, Drug Enforcement Administration, in his individual capacity; and UNITED STATES OF AMERICA, <br><br>       Defendants. | Civil Action No. 20-64 <br><br> Judge Marilyn J. Horan <br> Magistrate Judge Lisa Pupo Lenihan |

## ORDER OF THE COURT

AND NOW, this 30th day of March 2021, it is hereby ORDERED that, in accordance with the Opinion of the Court, ECF No. 78, the January 7, 2021 Report and Recommendation, ECF No. 66, is ADOPTED in part and REJECTED in part as the Opinion of this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Report and Recommendation, the Government Defendants' Motion to Dismiss, ECF No. 55, is DENIED as to Counts I through III but GRANTED as to Count IV.

IT IS FURTHER ORDER that, for the reasons set forth in the Report and Recommendation and as amended by this Court's Opinion, ECF No. 78, Agent Dawkin's Motion to Dismiss, ECF No. 47, is GRANTED as to Count V.

BY THE COURT:

Marilyn J. Horan
United States District Judge

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

All Counsel of Record via CM-ECF