IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, et al, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 2:20-cv-00064 |
| | ) |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| TRANSPORTATION SECURITY ADMINISTRATION, et al, | ) |
| | ) |
| Defendants. | ) |

**ORDER SETTING INITIAL SCHEDULING CONFERENCE**

The above-captioned case has been assigned to this Court for pretrial proceedings. Pursuant to Local Rule 16.1 and Rules 16 and 26 of the Federal Rules of Civil Procedure, an initial scheduling conference will be conducted in this case to discuss narrowing of the issues, the extent of pretrial preparation, discovery procedures, the early disposition of controlling questions of law, the probable extent of provable damages, the possibility of settlement, the possibility of the parties consenting to jurisdiction of the Magistrate Judge or requesting a District Judge be assigned to this case and any other matter that will contribute to the prompt disposition of the case.

As required by Rule 26(f) of the Federal Rules of Civil Procedure, the parties must, as soon as practicable and in any event at least ten (10) days before the date set for the initial scheduling conference, "confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to prepare and file a report pursuant to Fed.R.Civ.P. 26(f), the form of which is set forth in Appendix B to the Local Rules. The

parties must also file a Stipulation Selecting ADR Process, which is attached to this order as Exhibit A.

The parties are hereby notified that any identified neutral (court approved or private) is required to become a registered user of the electronic case filing system in the United States District Court for the Western District of Pennsylvania.  Counsel shall so notify their agreed upon neutral and refer them to the Court's website at www.pawd.uscourts.gov for user registration forms.  Counsel shall confirm to the Court at the initial case management conference that the selected neutral has completed this process.

Effective, September 4, 2012, as an alternative to participating in the Court's ADR process, the parties may elect to participate in this Court's Expedited Civil Litigation Program. The purpose of this Program is to offer parties the option of alternative, abbreviated, efficient and cost-effective litigation and trial.  **Participation is entirely voluntary**.  Further information about the program can be found on the Court's website at http://www.pawd.uscourts.gov/Pages/expedite.htm.

Parties wishing to participate in the Expedited Civil Litigation Program should meet and confer collectively, and with their respective clients, and discuss all aspects of the Program before executing the Expedited Docket Stipulation, available at the above website.  When discussing this option, the parties should consider:  the cost of litigation; the complexity of the case; the number of witnesses; the likelihood of a successful dispositive motion; the pretrial and post-trial limitations established by the Program; and the relative value of the case.  The **irrevocable** Expedited Docket Stipulation is due at least three (3) business days prior to the Initial Rule 16 Scheduling Conference.  Note that the filing of the Expedited Docket Stipulation, negates the requirement of the parties to file a Stipulation Selecting ADR Process.  Therefore,

**IT IS ORDERED** this 31st day of March, 2021, that the Initial Case Management Conference in this matter will be held via telephone on **April 22, 2021, at 10:00 AM**. All participants shall call into the conference by dialing 888-363-4749 and entering the access code 6019141. If asked for a security code, use * to bypass.

**IT IS FURTHER ORDERED** that the parties file a Rule 26(f) Report no later than two days before the scheduled conference.

**IT IS FURTHER ORDERED** that the parties file the Stipulation Selecting ADR Process no later than two days before the scheduled conference.

s/Lisa Pupo Lenihan

Lisa Pupo Lenihan<br>United States Magistrate Judge

cc: Counsel of record.