IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:20-cv-00064-MJH-LPL |
| TRANSPORTATION SECURITY ADMINISTRATION, et al., | ) |
| Defendants. | ) |

**PROPOSED ORDER**

Upon consideration of the Government Defendants' Consent Motion To Extend Time to File Answer, and for good cause shown, it is this _____ day of _____, 2021, ORDERED that the motion is hereby GRANTED, and the Government Defendants' deadline to file their answer is extended to May 13, 2021.

_____
THE HON. LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE