# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REBECCA BROWN, et al,            )
                                 )
       Plaintiffs,            )   Civil Action No.  2:20-cv-00064
                                 )
       v.                     )   Magistrate Judge Lisa Pupo Lenihan
                                 )
TRANSPORTATION SECURITY          )
ADMINISTRATION, et al,           )
                                 )
       Defendants.            )

## INITIAL CASE MANAGEMENT CONFERENCE via TELEPHONE
### Before Magistrate Judge Lisa Pupo Lenihan

| **PARTY** | | **COUNSEL** |
|---|---|---|
| Rebecca Brown<br>August Terrence Rolin<br>Stacy Jones-Nasr<br>Matthew Berger | Plaintiffs | Daniel Alban<br>Jaba Tsitsuashvili |
| Transportation Security Administration<br>David P. Pekoske<br>Drug Enforcement Administration<br>Timothy J. Shea<br>United States of America | Defendants | Elizabeth Tulis<br>Galen Thorp |
| Steve Dawkin | Defendant | David Inkeles |

Date:     April 22, 2021 at 10:00 AM

Court Reporter:     AT&T Recorded

Law Clerk:     Jane Rodes

---

     All agree this case is not an appropriate candidate for the ADR program and request an exemption. While it is possible the case may benefit from ADR at some point in the future, the Court will exempt it from the program for now.

Extensive discussion took place about the timing and scope of discovery, pattern and practice evidence and pre class certification motions practice.

The court will consider the arguments and discuss the case with Judge Horan before issuing a scheduling order.

Defendant Dawkins is dismissed from the case without prejudice but will remain on the docket so his counsel is informed of activity. He may have an issue with discovery related to him due to a qualified immunity defense. Plaintiffs advise that he is a fact witness so qualified immunity will not operate to bar discovery requests.