IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-00064-MJH-LPL |
| ) | |
| TRANSPORTATION SECURITY ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Upon consideration of the Government Defendants' Consent Motion To Extend Time to File Answer and Serve Initial Disclosures, and for good cause shown, it is this _____ day of _____, 2021, ORDERED that the motion is hereby GRANTED, and the Government Defendants' deadline to file their answer is extended to May 27, 2021, and the deadline for the parties to serve their Rule 26(a)(1) initial disclosures is extended to May 28, 2021.

THE HON. LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE