# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REBECCA BROWN, *et al.*,

    *Plaintiffs*,

v.

TRANSPORTATION SECURITY ADMINISTRATION, *et al.*,

    *Defendants*.

Civil Action No. 2:20-cv-64-LPL

## ORDER

Before this Court is the Joint Motion for Extension of Current Discovery Period. Having reviewed the joint Motion, and good cause being shown, it is hereby ORDERED that the motion is **GRANTED**; and further

ORDERED that the deadline for the close of the current phase of class and merits fact discovery set by the Initial Scheduling Order dated April 22, 2021 (Dkt. 86) is extended from September 30, 2021 to March 31, 2022; and further

ORDERED that the status conference scheduled for October 4, 2021 is vacated and reset to April 5, 2022, or as the Court's schedule permits, to address deadlines and parameters for the remainder of discovery.

SIGNED this _____ day of _____, 2021.

_____
**HONORABLE MARILYN J. HORAN**
**UNITED STATES DISTRICT JUDGE**

1