IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:20-cv-64-LPL |

## ORDER

Before this Court is the Joint Motion for Extension of Current Discovery Period. Having reviewed the Joint Motion, and good cause being shown, it is hereby ORDERED that the Joint Motion is **GRANTED**; and further

ORDERED that the deadline for the close of the current phase of class and merits fact discovery set by the Order dated September 27, 2021 (Dkt. 93) is extended from February 15, 2022 to May 16, 2022; and further

ORDERED that the status conference scheduled for February 17, 2022 is vacated and reset to May 19, 2022, ~~as the Court schedule permits~~ via telephone at 10 AM to address deadlines and parameters for the remainder of discovery.

SIGNED this 9th day of Feb, 2022.

HONORABLE LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE