IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REBECCA BROWN, *et al.*,

   *Plaintiffs*,

v.

TRANSPORTATION SECURITY
ADMINISTRATION, *et al.*,

   *Defendants*.

Civil Action No. 2:20-cv-64-LPL

## ORDER

Before this Court is the Joint Motion for Extension of Current Discovery Period. Having reviewed the joint Motion, and good cause being shown, it is hereby ORDERED that the motion is **GRANTED**; and further

ORDERED that the deadline for the close of the current phase of class and merits fact discovery set by the Order dated February 9, 2022 (Dkt. 98) is extended from May 16, 2022, to July 7, 2022, to complete depositions already noticed and to attempt to resolve outstanding disputes regarding alleged deficiencies in Government Defendants' document productions; and further

ORDERED that the status conference scheduled for May 19, 2022 is vacated and reset to July 11, 2022, or as the Court's schedule permits, to address deadlines and parameters for the remainder of discovery.

   SIGNED this _____ day of _____, 2022.

                                                                       _____
                                                                       **HONORABLE LISA PUPO LENIHAN**
                                                                       **UNITED STATES MAGISTRATE JUDGE**