IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:20-cv-64-MJH-LPL |

**MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN MORRIS**

Brian Morris, undersigned counsel for Plaintiffs Rebecca Brown, August Terrence Rolin, Stacy Jones-Nasr, and Matthew Berger, on behalf of themselves and all others similarly situated, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Brian Morris filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: May 24, 2022

Respectfully submitted,

/s/ Brian Morris
Brian Morris
OH Bar No. 0093530
INSTITUTE FOR JUSTICE
901 North Glebe Road., Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)
bmorris@ij.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2022, a true and correct copy of the foregoing document was served via electronic mail upon all counsel of record.

/s/ Brian Morris