**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

REBECCA BROWN, *et al.*,

     *Plaintiffs*,

v.

TRANSPORTATION SECURITY
ADMINISTRATION, *et al.*,

     *Defendants.*

Civil Action No. 2:20-cv-64-MJH-LPL

### <u>AFFIDAVIT FOR ADMISSION *PRO HAC VICE* OF BRIAN MORRIS</u>

I, Brian Morris, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Rebecca Brown, August Terrence Rolin, Stacy Jones-Nasr, and Matthew Berger, on behalf of themselves and all others similarly situated, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Brian Morris, being duly sworn, do hereby depose and state as follows:

1.     I am an Attorney at the Institute for Justice.

2.     My business address is 901 N. Glebe Road, Suite 900, Arlington, VA 22203; my business telephone number is (703) 682-9320; my business fax number is (703) 682-9321; and my email address is bmorris@ij.org.

3.     I am a licensed attorney and a member in good standing of the bar of Ohio, having been admitted on November 16, 2015. I am also admitted to practice before and am in good standing in the U.S. Court of Appeals for the Sixth Circuit and the U.S. District Courts for the Southern District of Ohio.

4.     My Ohio bar registration number is 0093530.

5.      A current certificate of good standing from the Ohio bar is attached to this Affidavit as Exhibit A.

6.      I have not been subject to disciplinary proceedings concerning my practice of law.

7.      I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.      I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9.      Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: May 24, 2022                              Respectfully submitted,

/s/ Brian Morris
Brian Morris
OH Bar No. 0093530
INSTITUTE FOR JUSTICE
901 North Glebe Road., Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)
bmorris@ij.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2022, a true and correct copy of the foregoing document was served via electronic mail upon all counsel of record.

/s/ Brian Morris