IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 2:20-cv-64-MJH-LPL |
| TRANSPORTATION SECURITY ADMINISTRATION, *et al.*, | |
| *Defendants*. | |

**UNOPPOSED MOTION TO APPEAR REMOTELY
FOR JULY 14, 2022 STATUS CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 1, Government Defendants move for leave of court to appear remotely by telephone (or other technology convenient to the Court) for the July 14, 2022 status conference. There is good cause to grant this motion.

1. On May 5, 2022, the Court set a status conference for July 14, 2022 at 3:00pm "to address deadlines and parameters for the remainder of discovery." Dkt. 101.

2. Because one of the counsel for Government Defendants, Mr. Thorp, has a long-scheduled vacation that includes July 14, Ms. Tulis will represent Government Defendants at the status conference.

3. On June 29, 2022, Ms. Tulis learned that her one-year-old child tested positive for COVID-19, which will require her to care for her child during his isolation period until recovered. Because of ongoing community transmission of COVID-19 and uncertainty whether Ms. Tulis will be free to travel, Government Defendants request that Ms. Tulis be permitted to appear at the July 14 status conference by telephone or other remote technology convenient to the Court.

1

4.     Counsel for Government Defendants conferred with Plaintiffs' counsel on June 22, who stated that they did not oppose a motion for Government Defendants to appear by telephone at the July 14 status conference.

5.     For the foregoing reasons, Government Defendants respectfully request that their counsel be permitted to appear at the July 14, 2022 status conference remotely by telephone or other technology convenient to the Court.

Dated: June 29, 2022                          Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Galen N. Thorp*
GALEN N. THORP (VA Bar # 75517)
Senior Trial Counsel
ELIZABETH TULIS (NY Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 514-4781 / Fax: (202) 616-8460
galen.thorp@usdoj.gov

*Counsel for Government Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2022, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

<u>/s/ Galen N. Thorp</u>