IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:20-cv-64-LPL |

## ORDER

Before this Court is the Government Defendants' Unopposed Motion to Appear Remotely for July 14, 2022 Status Conference. Having reviewed the joint Motion, and good cause being shown, it is hereby ORDERED that the motion is GRANTED.

SIGNED this _____ day of _____, 2022.

_____
**HONORABLE LISA PUPO LENIHAN**
**UNITED STATES MAGISTRATE JUDGE**