IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 2:20-cv-64-MJH-LPL |

## [PROPOSED] ORDER

Upon consideration of Individual Defendant Steve Dawkin's Unopposed Motion for Supervising Counsel to Appear at the July 14 Status Conference, it is hereby ORDERED that Senior Trial Counsel Mary Hampton Mason be permitted to attend the upcoming discovery conference, scheduled for July 14, 2022, at 3:00 p.m., on behalf of Defendant Dawkin.

Dated: _____

_____
Hon. Lisa Pupo Lenihan
United States Magistrate Judge