IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN and AUGUST TERRENCE ROLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 2:20-cv-64-MJH-LPL |

## ORDER

Upon consideration of the Stipulated Motion for Entry of Final Judgment, the Court finds that it has fully adjudicated Count V, the sole claim against Defendant Dawkin in his individual capacity (ECF Nos. 78-79), and there is no just reason for delaying entry of final judgment as to that claim. Accordingly:

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, final judgment shall be entered as to Count V, the sole claim asserted against Defendant Steve Dawkin in his individual capacity.

Dated: July 20, 2022

Hon. Marilyn J. Horan
United States District Judge