# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REBECCA BROWN, et al, | ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 2:20-cv-00064 |
| v. | ) ) ) | Magistrate Judge Lisa Pupo Lenihan |
| TRANSPORTATION SECURITY ADMINISTRATION, et al, | ) ) ) | |
| Defendants. | ) | |

## VIDEO STATUS CONFERENCE
Before Magistrate Judge Lisa Pupo Lenihan

| **PARTY** | | **COUNSEL** |
|---|---|---|
| Rebecca Brown<br>August Terrence Rolin<br>Stacy Jones-Nasr<br>Matthew Berger | Plaintiffs | Daniel Alban<br>Jaba Tsitsuashvili<br>Brian Morris |
| Transportation Security Administration<br>David P. Pekoske<br>Drug Enforcement Administration<br>Timothy J. Shea<br>United States of America | Defendants | Elizabeth Tulis<br>Galen Thorp<br>Doug Kash<br>Mari Spears<br>Irma Queen |

Date: August 9, 2022, at 10:00 AM

The parties have had a meet and confer in accordance with the Court's instructions at the 7/18/22 conference. Search terms are still under discussion. There is a debate as to custodians for both DEA and TSA, which was explained to the Court. This remains under discussion.

The parties have agreed to appoint a special master for discovery and are checking with retired Magistrate Judge John Facciola to see if he is available. The Court knows Judge Facciola well and thinks he would be an excellent choice.

There are 2 follow up 30(b)(6) depositions that are in process of being scheduled, one being the representative as to the bounding box issues.

<u>It was noted that this phase of discovery is on policy as outlined in sections 1,2,5 and 6 of paragraph 9 of the Rule 26(f) Report. Plaintiff will serve discovery on the areas outlined in sections 3 and 4 of that report within the next 30-60 days. Defendants advise that this may raise additional issues as to burden. These issues can also be discussed with the Special Master.</u>

<u>The parties are to file an E-discovery Status Report by 9/7/22 detailing whether Judge Facciola is available and, if not, their second choice for a Special Master, status of the 30(b)(6) depositions and any outstanding discovery issues. This filing will include a proposed draft of the order appointing the special master, outlining his/her duties pursuant to Rule 53.</u>

<u>A telephone conference is set for 9/13/22 at 2 PM.</u>