IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:20-cv-64-MJH-LPL |

### AFFIDAVIT FOR ADMISSION *PRO HAC VICE* OF ANNA GOODMAN

I, Anna Goodman, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Rebecca Brown, August Terrence Rolin, Stacy Jones-Nasr, and Matthew Berger, on behalf of themselves and all others similarly situated, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Anna Goodman, being duly sworn, do hereby depose and state as follows:

1. I am an Attorney at the Institute for Justice.

2. My business address is 901 N. Glebe Road, Suite 900, Arlington, VA 22203; my business telephone number is (703) 682-9320; my business fax number is (703) 682-9321; and my email address is agoodman@ij.org.

3. I am a licensed attorney and a member in good standing of the bar of California, having been admitted on December 7, 2019. I am also admitted to practice before and am in good standing in the Central District of California and the Ninth Circuit Court of Appeals.

4. My California bar number is 329228.

5. A current certificate of good standing from the California bar is attached to this Affidavit as Exhibit A.

6. I have not been subject to disciplinary proceedings concerning my practice of law.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: September 13, 2022           Respectfully submitted,

/s/ Anna Goodman
Anna Goodman
California Bar No. 329228
INSTITUTE FOR JUSTICE
901 North Glebe Road., Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)
agoodman@ij.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2022, a true and correct copy of the foregoing document was served via electronic mail upon all counsel of record.

/s/ Anna Goodman

**AFFIDAVIT FOR ADMISSION *PRO HAC VICE***

# EXHIBIT A



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING
(With Complaint Check Attached)

September 8, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANNA JAYNE GOODMAN, #329228 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 2019; that from the date of admission to January 20, 2022, she was an ACTIVE licensee of the State Bar of California; that on January 20, 2022, she transferred at her request to the INACTIVE status; that from that date to September 7, 2022, she was an INACTIVE licensee of the State Bar of California; that on September 7, 2022, she transferred at her request to the ACTIVE status; that she has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; that no charges of professional or other misconduct have been filed with the State Bar, nor any proceedings instituted by the State Bar; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records