**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REBECCA BROWN, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 2:20-cv-64-MJH-LPL |
| TRANSPORTATION SECURITY ADMINISTRATION, *et al.*, | |
| *Defendants*. | |

**ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE* OF ANNA GOODMAN**

Having read and considered the Motion for Admission *Pro Hac Vice* of Anna Goodman,

counsel for Plaintiffs Rebecca Brown, August Terrence Rolin, Stacy Jones-Nasr, and Matthew Berger,

on behalf of themselves and all others similarly situated, and being fully advised, it is hereby

ORDERED that the Motion is GRANTED.

Dated this _____ day of _____, 2022.

 

_____
Magistrate Judge Lisa Pupo Lenihan

1