# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, et al,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>TRANSPORTATION SECURITY  )<br>ADMINISTRATION, et al,  )<br>  )<br>  Defendants.  ) | Civil Action No.  2:20-cv-00064<br><br>Magistrate Judge Lisa Pupo Lenihan |

## TELEPHONE CONFERENCE
Before Magistrate Judge Lisa Pupo Lenihan

| **PARTY** | | **COUNSEL** |
|---|---|---|
| Rebecca Brown<br>August Terrence Rolin<br>Stacy Jones-Nasr<br>Matthew Berger | Plaintiffs | Daniel Alban<br>Jaba Tsitsuashvili<br>Brian Morris<br>Anna Goodman |
| Transportation Security Administration<br>David P. Pekoske<br>Drug Enforcement Administration<br>Timothy J. Shea<br>United States of America | Defendants | Galen Thorp<br>Elizabeth Tulis |

Date:       September 13, 2022, at 2:00 PM

            This conference was AT&T Recorded

The Court reviewed the Joint Discovery Status Report filed at ECF 112. Custodians have been identified by TSA but there are a large number. DEA is still reviewing, but has 90 at present. Defendants believe that the large number of custodians will result in too cumbersome of a search. Plaintiffs are open to statistical sampling.

Plaintiff's proposal for additional searches is still in discussion as are the proposed ESI search terms. The parties ask to reserve these issues for further discussion with the Special Master.

The proposed Order Appointing Special Master is agreeable to the Court and will be entered.

The parties think it is too soon to set deadlines as they need to meet with the Special Master, and she also needs to get SSI clearance.

A status Report will be filed no later than **November 14, 2022**, to include the parties' proposal for moving forward, additional court intervention if needed and proposed deadlines.