**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| REBECCA BROWN, *et al.*, | ) | Civil Action |
| | ) | |
| Plaintiffs, | ) | No. 2:20-cv-64-MJH-LPL |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| TRANSPORTATION SECURITY ADMINISTRATION, *et al.*, | ) | *Electronically filed* |
| | ) | |
| Defendants. | ) | |

**SPECIAL MASTER'S AFFIDAVIT PURSUANT TO 28 U.S.C. § 455**

Pursuant to 28 U.S.C. § 455 and this Court's Notice: Re Appointment of Special Master (Doc. 115) in the above matter, I, Cecilia R. Dickson, state as follows:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I have reviewed 28 U.S.C. § 455.

3. I do and hereby declare that there are no reasons that would disqualify me as Special Master in the above-captioned case.

I swear under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: September 16, 2022

*s/ Cecilia R. Dickson*
Cecilia R. Dickson (PA ID No. 89348)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
cdickson@webblaw.com

No. 2:20-cv-64-MJH-LPL

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2022, I electronically filed the foregoing **SPECIAL MASTER'S AFFIDAVIT PURSUANT TO 28 U.S.C. § 455** with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

**THE WEBB LAW FIRM**

s/ *Cecilia R. Dickson*
Cecilia R. Dickson