IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:20-cv-64-MJH-LPL |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.2(c)(4), Anna Goodman hereby moves to withdraw her appearance as counsel for Plaintiffs Rebecca Brown, August Terrence Rolin, Stacy Jones-Nasr, and Matthew Berger. Withdrawal is warranted because, effective August 9, 2023, Ms. Goodman will no longer be employed with the Institute for Justice. Dan Alban, Jaba Tsitsuashvili, and Brian Morris will remain as counsel for Plaintiffs and shall continue to be served at the addresses noted below in the signature block.

Dated: August 8, 2023.                          Respectfully submitted,

/s/ Anna Goodman
Anna Goodman*
CA Bar No. 329228

Dan Alban*
VA Bar No. 72688

Jaba Tsitsuashvili*
DC Bar No. 1601246

Brian Morris*
OH Bar No. 0093530

INSTITUTE FOR JUSTICE
901 North Glebe Road., Suite 900
Arlington, VA 22203

1

(703) 682-9320
(703) 682-9321 (fax)
agoodman@ij.org
dalban@ij.org
jtsitsuashvili@ij.org
bmorris@ij.org

*Attorneys for Plaintiffs*

\* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2023, a true and correct copy of the foregoing document was served via electronic mail upon all counsel of record.

/s/ Anna Goodman

2