IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, *et al.*,<br><br>    *Defendants*. | Civil Action No. 2:20-cv-64-MJH-LPL |

**PROPOSED ORDER**

Before this Court is Anna Goodman's Motion to Withdraw Appearance as counsel for Plaintiffs Rebecca Brown, August Terrence Rolin, Stacy Jones-Nasr, and Matthew Berger. Having reviewed the Motion, the Court finds that it should be GRANTED.

Accordingly, Anna Goodman is hereby terminated as counsel for Plaintiffs. Dan Alban, Jaba Tsitsuashvili, and Brian Morris will remain as counsel for Plaintiffs and shall continue to be served on their behalf.

SIGNED this _____ day of _____, 2023

 

_____
**HONORABLE LISA PUPO LENIHAN**
**UNITED STATES MAGISTRATE JUDGE**