# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, STACY JONES-NASR, and MATTHEW BERGER on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; ANNE MILGRAM, Acting Administrator, Drug Enforcement Administration, in his official Capacity; and UNITED STATES OF AMERICA, )<br><br>Defendants. ) | CASE NO. 2:20-cv-00064-MJH-KT |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' and the Government Defendants' joint motion for extension of time, and applicable law, it is hereby ORDERED that the joint motion be, and hereby is, GRANTED. It is further ORDERED that the parties shall file their joint status report on or before May 8, 2024.

Dated:

_____
Kezia O.L. Taylor
United States Magistrate Judge