IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, AUGUST TERRENCE ROLIN, STACY JONES-NASR, and MATTHEW BERGER on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, Transportation Security Administration, in his official capacity; DRUG ENFORCEMENT ADMINISTRATION; ANNE MILGRAM, Administrator, Drug Enforcement Administration, in her official Capacity; and UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. 2:20-cv-00064-MJH-KT |

**JOINT MOTION TO EXTEND TIME TO FILE STATUS REPORT**

Plaintiffs Rebecca Brown, Stacy Jones-Nasr, and Matthew Berger ("Plaintiffs") and defendants Transportation Security Agency ("TSA"), TSA Administrator David P. Pekoske, the Drug Enforcement Administration ("DEA"), DEA Administrator Anne Milgram, and the United States of America (together, the "Government Defendants") jointly move for a 23-day extension of time, from April 15, 2024 to May 8, 2024, to file a joint status report proposing a schedule for further proceedings in this case.

1. On April 1, 2024, the Court ordered the parties to "file a Joint Status Report no later than April 15, 2024, and . . . include the parties' proposal for moving forward, additional court intervention if needed and proposed deadlines." ECF No. 123.

2. Since the Court issued its April 1 order, the parties have been conferring regarding proposed next steps and scheduling matters.

3. However, due to the press of business in other matters, including an ongoing trial litigated by Plaintiffs' counsel that is lasting longer than expected, the parties require additional time to complete their discussions and draft and finalize their joint status report.

4. For these reasons, the parties respectfully request that the deadline to submit their joint status report be extended by 23 days, from April 15 to May 8, 2024.

Dated: April 12, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC G. OLSHAN
United States Attorney

BRIGHAM J. BOWEN
Assistant Director

/s/ Elizabeth Tulis
ELIZABETH TULIS (NY Bar # 4905956)
ALEXANDER RESAR
Trial Attorneys
GALEN THORP
Senior Trial Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for the Government Defendants*

/s/ Dan Alban
Dan Alban*
VA Bar No. 72688

Jaba Tsitsuashvili*
DC Bar No. 1601246

INSTITUTE FOR JUSTICE
901 North Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
(703) 682-9321 (fax)
dalban@ij.org
jtsitsuashvili@ij.org

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

3