**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| REBECCA BROWN, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TRANSPORTATION SECURITY<br>ADMINISTRATION, *et al.*,<br><br>    *Defendants*. | Civil Action No. 2:20-cv-64-MJH-KT |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.2(c)(4), Brian Morris hereby moves to withdraw his appearance as co-counsel for Plaintiffs Rebecca Brown, August Terrence Rolin, Stacy Jones-Nasr, and Matthew Berger. Withdrawal is warranted because, effective May 16, 2025, Mr. Morris will no longer be employed with the Institute for Justice. Dan Alban, Jaba Tsitsuashvili, Robert Fellner, and Nicholas DeBenedetto will remain as counsel for Plaintiffs and shall continue to be served at the addresses noted below in the signature block.

Dated: May 16, 2025.

Respectfully submitted,

/s/ Brian Morris
Brian Morris*
OH Bar No. 0093530
bmorris@ij.org

Nick DeBenedetto*
NJ Bar No. 38244202
ndebenedetto@ij.org

INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320

*Admitted *Pro Hac Vice*

Dan Alban*
VA Bar No. 72688
dalban@ij.org

Jaba Tsitsuashvili*
DC Bar No. 1601246
jtsitsuashvili@ij.org

Robert Fellner*
DC Bar No. 90027493
rfellner@ij.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, a true and correct copy of the foregoing document was served via electronic mail upon all counsel of record.

<u>/s/ Brian Morris</u>