IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA BROWN, *et al.*, <br><br>    *Plaintiffs*, <br><br> v. <br><br> TRANSPORTATION SECURITY ADMINISTRATION; *et al.*, <br><br>    *Defendants*. | Civil Action No. 2:20-cv-64-MJH-KT |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNTS I AND II**

Defendants in the above-captioned proceeding hereby move for summary judgment on Counts I and II of Plaintiffs' First Amended Complaint, ECF No. 43, pursuant to Federal Rule of Civil Procedure 56. The grounds for this motion are set forth more fully in the accompanying memorandum in support of this motion. A proposed order is attached.

Dated: May 30, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General

ANDREW WARDEN
Assistant Director, Federal Programs Branch

/s/ Alexander W. Resar
ALEXANDER RESAR (NY Reg. No. 5636337)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8188
E-mail: alexander.w.resar@usdoj.gov

*Counsel for Defendants*